# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DUSTIN SWIGART and SONIA SCHULTZ, on behalf of themselves and all other similarly situated employees, and on behalf of the proposed Ohio Rule 23 Class, | : : : : : | Case No.: 1:11-cv-00088-TSB |
| | : | Judge Timothy S. Black |
| Plaintiffs, | : : | |
| v. | : : | |
| FIFTH THIRD BANK, | : : | |
| Defendant. | : : | |

## ORDER

AND NOW, this 11TH day of JAN. , 2013, upon consideration of the parties' *Notice of Filing Agreed Upon Rule 23 Class Notice* it is **ORDERED** that said Notice is **APPROVED**.

**IT IS SO ORDERED.**

Timothy S. Black
United States District Court Judge