# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **DUSTIN SWIGART and SONIA** | : | **Case No. 1:11-cv-00088** |
| **SCHULTZ, on behalf of themselves** | : | |
| **and others similarly situated,** | : | **Judge Timothy S. Black** |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FIFTH THIRD BANK,** | : | |
| | : | |
| **Defendant.** | : | |

---

## SETTLEMENT AGREEMENT

---

The parties to this action and their representatives identified below participated in two mediation sessions in Cincinnati, Ohio, the first on August 27, 2012, and the second successful mediation on May 15, 2013, both before Mediator John Van Winkle. The second session concluded with an agreement concerning the essential terms, subject to preparation and execution of a comprehensive written settlement and release agreement, and further subject to approval by the Court, between Defendant Fifth Third Bank ("Fifth Third" or "the Company") and the Named Plaintiffs and Class Representatives, Dustin Swigart and Sonia Schultz (the "Named Plaintiffs" or "Class Representatives") on behalf of themselves and all others similarly situated, including all Opt-In Plaintiffs (the "Opt-In Plaintiffs" as defined in ¶ 1.18) and the Ohio Rule 23 Class (as defined in ¶ 1.20). This Settlement Agreement ("Agreement" as defined in ¶ 1.22) is entered into between the Named Plaintiffs, on behalf of themselves and all other similarly situated Opt-In

1

Plaintiffs, and the Class Representatives, on behalf of themselves and all other similarly situated Ohio Rule 23 Class Members (as defined in ¶ 1.21), all of whom are represented by Nichols Kaster, PLLP ("Nichols Kaster") and Fifth Third, which is represented by Littler Mendelson, P.C.

## 1. <u>DEFINITIONS</u>

The terms set forth below shall have the meanings defined in this Section wherever used in this Agreement and in all of its Exhibits.

**1.1** The "Civil Action" means the above-captioned case, inclusive of the federal claims pursuant to the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. and the Ohio state law claims pursuant to the Ohio Minimum Fair Wage Standards Act ("Ohio Wage Act"), Ohio Rev. Code § 4111.01 *et seq*.

**1.2** This Agreement is intended to be binding upon all FLSA Class Members (who are defined in ¶ 1.19) and Ohio Rule 23 Class Members (who are defined in ¶ 1.21), which encompass for purposes of this Agreement all current and former Mortgage Loan Originators ("MLOs") of Fifth Third, who are FLSA Class Members and/or Ohio Rule 23 Class Members, who have worked at any time between February 11, 2008 and January 3, 2011. This Agreement is also intended to be binding on the Named Plaintiffs. Class Counsel and Defense Counsel have agreed upon a list of all Opt-in Plaintiffs who have opted into this case (attached to this Agreement as **Exhibit A**) and those current and former Ohio MLOs of Fifth Third who are designated as the Ohio Rule 23 Class under Rule 23 of the Federal Rules of Civil Procedure (attached as **Exhibit B**).

**1.3** "Claims Administrator" means Epiq Systems.

**1.4** The "Court" means the United States District Court for the Southern District of Ohio, Western Division, Cincinnati, Ohio, Judge Timothy S. Black presiding.

**1.5** "Class Counsel" means Paul J. Lukas and Timothy C. Selander of Nichols Kaster. "Defense Counsel" means Anthony J. Hall of Littler Mendelson, P.C.

**1.6** "Fifth Third" and "the Company" means Defendant Fifth Third Bank.

**1.7** "Effective Date" means the date upon which all of the following have occurred: (1) entry of final approval order as defined in ¶ 1.12; (2) issuance of an order directing the dismissal of the Civil Action and the entry of judgment; and (3) the expiration of the appeal rights of any party.

**1.8** "Named Plaintiffs" means Plaintiffs Dustin Swigart and Sonia Schultz.

**1.9** "Class Representatives" for the Ohio Rule 23 Class means Dustin Swigart and Sonia Schultz.

**1.10** The "Parties" means the FLSA Class Members, the Class Representatives, the Ohio Rule 23 Class Members, and Defendant.

**1.11** The "Preliminary Approval Order" means the Order entered by this Court preliminarily approving the Rule 23 Class Action Settlement and the terms of FLSA settlement pursuant to 29 U.S.C. § 216(b) as described in this Agreement following submission to the Court of Plaintiffs' Unopposed Motion for Approval of Section 216(b) Settlement and for Preliminary Approval of Ohio Rule 23 Class Action Settlement and attached as **Exhibit C** as the proposed version to be submitted to the Court.

**1.12** The "Final Approval Order" means the Order entered by this Court approving the terms of Ohio Rule 23 Settlement described in this Agreement following

submission to the Court of Plaintiffs' Unopposed Motion for Final Settlement Approval and attached as **Exhibit D** as the proposed version to be submitted to the Court.

**1.13**    "Section 216(b) Released Claims" and "Ohio Rule 23 Released Claims" have the meaning ascribed to them in ¶ 5.1 of this Agreement.

**1.14**    "Relevant Period" means, for FLSA claims, February 11, 2008 to January 3, 2011, and for Ohio Rule 23 claims, February 11, 2009 to January 3, 2011.

**1.15**    "Released Parties" means  Fifth Third Bank, its predecessors, successors, present and former affiliates, parents, subsidiaries, insurers, officers, directors, agents, members, shareholders, general partners, limited partners, owners, beneficiaries, representatives, heirs, attorneys, assigns (including without limitation, any investors, trusts, or other similar or affiliated entities) and all persons acting by, through, under or in concert with any of them, including any party that was or could have been named as a defendant in the Civil Action.

**1.16**    "Section 216(b) Settlement Fund" means the amount of money ($1,604,884.82) to be paid by Fifth Third and set aside to pay the FLSA Class Members in exchange for a release of claims against the Released Parties.

**1.17**    "Ohio Rule 23 Settlement Fund" means the amount of money ($999,781.85) to be paid by Fifth Third and set aside to pay the claims of any and all members of the Ohio Rule 23 Class in exchange for a release of claims against the Released Parties.

**1.18**    "Opt-In Plaintiffs" means the Plaintiffs that filed their Notice of Consent to Join both prior to and pursuant to the Court's August 31, 2011 Order granting

conditional certification, until April 17, 2012. As of April 17, 2012, there were 361 Opt-in Plaintiffs (the list includes Named Plaintiffs) who are identified in **Exhibit A**.

**1.19** "FLSA Class Members" means the Named Plaintiffs and the Opt-In Plaintiffs collectively and who are not otherwise ineligible as defined in ¶ 1.28.

**1.20** "Ohio Rule 23 Class" means the class certified by the Court in its December 28, 2012 Order (ECF No. 159): all current and former MLOs of Fifth Third who have worked at any time between February 11, 2009 and January 3, 2011, in the State of Ohio.

**1.21** "Ohio Rule 23 Class Members" mean all current and former MLOs of Fifth Third who have worked at any time between February 11, 2009 and January 3, 2011 in the State of Ohio, excluding the nine MLOs who opted-out during the Rule 23 notice period (Laura Grodin, Kristy Gruber, Scott Lyle, John Markman, Jon Ostrander, Frank Petrie, Eric Pfahl, Jeff Ratliff, and Frank Tremper). In addition, the Ohio Rule 23 Class Members do not include any current or former MLOs of Fifth Third described in ¶ 1.20 above who timely request to opt out of the Settlement by returning a signed Opt-Out Statement as described in ¶ 3.3(d).

**1.22** "Agreement" refers to this Settlement Agreement that sets forth the terms of the settlement of the Civil Action as both a settlement of the collective claims of the FLSA Class Members pursuant to 29 U.S.C. § 216(b) and an Ohio Rule 23 class action settlement of the Ohio Wage Act claims of the Ohio Rule 23 Class.

**1.23** "Settlement Class Members" means the FLSA Class Members and Ohio Rule 23 Class Members collectively.

**1.24** "Attorneys' Fees and Expenses Payment" means the amount of money to be paid by Fifth Third out of the Settlement Fund (as defined in ¶ 1.26) to Class Counsel, subject to Court approval.

**1.25** "Class Representative Award(s)" means the amount of money to be paid by Fifth Third out of the Settlement Fund to the Class Representatives, subject to Court approval.

**1.26** "Settlement Fund" means the total amount of money ($4,000,000.00) to be paid by Fifth Third and set aside to pay the FLSA Class Members, the Ohio Rule 23 Class Members, Named Plaintiffs, Class Representatives, and Class Counsel, less any funds allocated to rejecting or unresponsive FLSA Class Members, and any funds allocated to Ohio Rule 23 Class Members who timely opt-out.

**1.27** "Acknowledgement and Release" means the pre-litigation agreement between Fifth Third and certain FLSA Class Members and Ohio Rule 23 Class Members under which Fifth Third agreed to pay overtime wages for certain weeks worked during the period of time from March 24, 2010 through January 3, 2011 in exchange for a release of liability for claims related to overtime pay. The FLSA Class Members and Ohio Rule 23 Class Members who signed the Acknowledgement and Release and, as a result, received overtime pay for weeks worked as a MLO between March 24, 2010 and January 3, 2011, are identified in **Exhibit I**.

**1.28** "Ineligible FLSA Class Members" means any FLSA Class Member who either (1) did not opt-in to this case within three years of the last day that he or she worked for Fifth Third as a MLO; (2) did not work for Fifth Third as a MLO during the relevant

period; or (3) did not work for Fifth Third as a MLO before January 3, 2011.  Ineligible FLSA Class Members are ineligible to participate in this settlement.

## 2.  **RECITALS AND SETTLEMENT TERMS**

**2.1.**  This is a FLSA collective action and an Ohio Rule 23 class action brought by the Named Plaintiffs on behalf of current and former MLOs of Fifth Third.  The Named Plaintiffs are MLOs of Fifth Third who were compensated based on a draw plus commission basis.  The Named Plaintiffs claim, *inter alia*, that, as a result of being paid based on a draw plus commission basis, Fifth Third failed to pay them overtime pursuant to 29 U.S.C. § 201 *et seq*. and Ohio Rev. Code § 4111.01, *et seq*.  The Named Plaintiffs seek compensation from Fifth Third for unpaid overtime pursuant to 29 U.S.C. § 201 *et seq*. and Ohio Rev. Code § 4111.01, *et seq*.  The Named Plaintiffs seek compensation from Fifth Third for unpaid overtime under the FLSA and the Ohio Wage Act.

**2.2.**  During the pendency of this action, Class Counsel conducted extensive written discovery and took depositions, including those of corporate representatives concerning Fifth Third's policies, payroll practices, and operations.  The Parties engaged in a second formal, arm's-length mediation on May 15, 2013, conducted by a mediator, John Van Winkle.

**2.3.**  It is the desire of the Named Plaintiffs and the FLSA Class Members to fully, finally, and forever settle, compromise, and discharge all disputes for any cause of action, claims, debts, contracts, agreements, obligations, liabilities, suits, losses, or demands whatsoever for (1) unpaid regular and overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief under the FLSA, 29 U.S.C. § 201, *et*

7

*seq.* Similarly, it is the desire of the Class Representatives on behalf of the Ohio Rule 23 Class Members to fully, finally, and forever settle, compromise, and discharge all disputes for any cause of action, claims, debts, contracts, agreements, obligations, liabilities, suits, losses, or demands whatsoever for unpaid regular and overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief under the Ohio Wage Act.

**2.4.** It is the intention of the Parties that this Agreement shall constitute a full and complete settlement and release of all Released Claims against all Released Parties.

**2.5.** In exchange for (a) the dismissal of the claims alleged in the Civil Action with prejudice; (b) the Releases described in ¶ 5 of this Agreement; and (c) otherwise subject and pursuant to the terms and conditions of this Agreement, Fifth Third has agreed to pay a maximum sum of $4,000,000.00, as the Settlement Fund. The Settlement Fund shall be allocated as follows:

**a)** Fifth Third shall pay $1,604,884.82 in the aggregate as the Section 216(b) Settlement Fund to the FLSA Class Members to be divided according to the spreadsheet attached hereto as **Exhibit E**, allocated equally between a backpay and liquidated damages settlement amount. Each FLSA Class Member's share is a *pro rata* amount based on their dates of employment as a MLO, the date they joined the action by the filing of their written consent with the Court, their earnings during the relevant time period, and an average of five overtime hours per week. In addition, for all FLSA Class Members who previously signed an Acknowledgement and Release and received a payment of back wages from Fifth Third (Ex. I), the period of time from March 24, 2010

through January 3, 2011 was excluded from their allocation calculation, and their remaining allocation was reduced by 25% to account for possibility that the release contained in the Acknowledgement and Release would be enforced. Lastly, all FLSA Class Members who are not otherwise ineligible will be allocated a minimum of $500.

**b)** Fifth Third shall pay $999,781.85 in the aggregate as the Ohio Rule 23 Settlement Fund to the Ohio Rule 23 Class Members to be divided according to the spreadsheet attached hereto as **Exhibit F.** Each Ohio Rule 23 Class Member's share is a *pro rata* amount based on their dates of employment as a MLO between February 11, 2009 and January 3, 2011, their earnings during the relevant time period, and an average of five overtime hours per week. In addition, for all Ohio Rule 23 Class Members who previously signed an Acknowledgement and Release and received a payment of back wages from Fifth Third (Ex. I), the period of time from March 24, 2010 through January 3, 2011 was excluded from their allocation calculation, and their remaining allocation was reduced by 25% to account for the risk that the release contained in the Acknowledgement and Release would be enforced. Lastly, all Ohio Rule 23 Class Members will be allocated a minimum of $500.

**c)** Class Counsel reserves the right to request up to 33% of the total settlement amount in attorneys' fees and an additional amount for costs. Any fees or costs which are not approved by the Court shall not revert to Defendant, but instead shall be reallocated to the Settlement Fund and distributed to participating settlement class members on a *pro rata* basis.

d) Class Counsel reserves the right to request up to $20,000 from the Settlement Fund as a Class Representative Award. The amount approved by the Court will be divided equally between the two Class Representatives. Any amount not approved shall not revert to Defendant, but instead shall be reallocated to the Settlement Fund and distributed to participating settlement class members on a *pro rata* basis.

2.6. Fifth Third shall be responsible for the costs of administering the Settlement Fund and shall select the Claims Administrator, subject to the reasonable consent of Class Counsel.

2.7. The parties shall cooperate in the formal steps necessary to carry out the terms set forth in this Agreement, which is subject to approval by the Court in the Civil Action.

2.8 All FLSA Class Members who accept their allocation of the Settlement Fund by returning a signed claim form will be bound as applicable by the terms and conditions of this Agreement, the Preliminary Approval Order, the Final Approval Order, the judgment and the releases set forth herein and will be deemed to have waived all objections and oppositions to the fairness, reasonableness, and adequacy of the settlement.

3. **APPROVAL AND NOTICE PROCEDURES**

3.1 The Parties agree to seek Court approval of this Agreement. The parties agree to seek such approval by filing no later than October 7, 2013 (or as soon as possible thereafter), the following:

a) This Agreement with Exhibits A through I to the Court;

**b)** Plaintiffs' Unopposed Motion for Approval of Section 216(b) Settlement and for Preliminary Approval of Ohio Rule 23 Class Action Settlement with a proposed Order (attached as **Exhibit C**).

**3.2** <u>**Notice and Claims Procedure for FLSA Class Members**</u>

**a)** Not later than fourteen days after the date of the Court's issuance of the Preliminary Approval Order, Class Counsel shall provide the Claims Administrator with an Excel chart listing the names, last known addresses, and telephone numbers of the FLSA Class Members, **listed in Exhibit A**, along with the parties' agreed upon allocation, **listed in Exhibit E**. All information provided regarding the FLSA Class Members will be treated by the Claims Administrator as confidential information. Class Counsel shall also provide the Claims Administrator with a proposed communication ("Class Counsel Communication") which will provide a summary of the basis for the settlement and the means to participate in the settlement.

**b)** Within seven days after receipt of the FLSA Class Member information from Class Counsel, the Claims Administrator shall mail, via First Class United States mail, a copy of the Class Counsel Communication, an FLSA Class Member Settlement Claim Form and Release of Claims ("FLSA Claim Form") in a form substantially similar to the attached **Exhibit G-3,** and a pre-addressed return envelope (collectively, "the FLSA Notice Packet") to each FLSA Class Member. If any FLSA Notice Packet is returned as undeliverable, the Claims Administrator shall promptly advise Class Counsel and attempt to locate such FLSA Class Member through an

electronic search using the former address of that person and shall promptly mail an additional FLSA Notice Packet to such person.

c)    Within forty-five (45) days following the Administrator's mailing of the FLSA Notice Packet, the Claims Administrator shall provide Class Counsel and Defense Counsel with an Excel chart listing the name of each FLSA Class Member who has returned an FLSA Claim Form.  The original FLSA Claim Forms shall be submitted to Defense Counsel, along with a copy to Class Counsel.  FLSA Class Members must return a FLSA Claim Form within the forty-five (45) days following the date that the Claims Administrator mails the FLSA Notice Packet.

d)    FLSA Class Members have the right to reject their settlement offer by delivering a written rejection to the Class Administrator.  FLSA Class Members who reject their settlement offer, or who do not return an FLSA Claim Form within forty-five (45) days following the issuance of the 216(b) Approval Order, will be dismissed from the Civil Action without prejudice and have their statute of limitations tolled for 30 days to re-file their claims.  Fifth Third retains the right to rescind this Agreement if more than five percent (5%) of the FLSA Class Members reject their settlement offer by delivering a written rejection to the Class Administrator.

e)    Ineligible FLSA Class Members will be dismissed without prejudice.  Within seven days of the Court's Preliminary Approval Order, Class Counsel will send a letter to these ineligible FLSA Class Members identifying the reason that he or she is ineligible and informing them that they may contact Class Counsel with questions.

**f)**      Any and all dismissals referenced in paragraphs 3.2(d) and (e) will occur in conjunction with the Court's Final Approval Order.

### 3.3    Notice and Claims Procedure for Ohio Rule 23 Class Members

**a)**      Not later than fourteen (14) days after the date of the Preliminary Approval Order, Plaintiffs' Counsel will provide the Claims Administrator with an Excel chart listing the names, last known addresses, and telephone numbers of the Ohio Rule 23 Class Member listed in **Exhibit B**, along with the parties' agreed upon allocation, **Exhibit F**.

**b)**      Within seven (7) days after receiving the information described in ¶ 3.3(a), Claims Administrator shall mail, via First Class United States mail, the Notice of Proposed Settlement of Class Action Lawsuit and Fairness Hearing ("Notice") in the form attached as **Exhibit G,** the Opt-Out Statement in the form attached as **Exhibit G-1**, and the Settlement Claim Form, Consent to Join, and Release of Claims ("Rule 23 Claim Form") in the form attached as **Exhibit G-2** (collectively, "the Rule 23 Notice Packet"), to all Ohio Rule 23 Class Members using each individual's last known address, and a return envelope addressed to the Claims Administrator.

**c)**      Within forty-five (45) days following the Administrator's mailing of the Rule 23 Notice Packet, the Claims Administrator shall provide Class Counsel and Defense Counsel with an Excel chart listing the name of each Ohio Rule 23 Class Member who has returned a Rule 23 Claim Form.  The original Rule 23 Claim Form shall be submitted to Defense Counsel, along with a copy to Class Counsel.  Ohio Rule

23 Class Members must return a Rule 23 Claim Form within the forty-five (45) days following the date that the Claims Administrator mails the Rule 23 Notice Packet.

d)     Any Ohio Rule 23 Class Member may request exclusion from the Class by "opting out." Ohio Rule 23 Class Members who choose to do so must submit a signed Opt-Out Statement to the Claims Administrator, in the form attached as **Exhibit G-1**. To be effective, such Opt-Out Statements must be sent via First Class United States mail and postmarked by a date certain to be specified on the Notice and Opt-Out Statement, which will be forty-five (45) calendar days after the Claims Administrator makes the initial mailing of the Notice. The end of the "Opt-Out Period" shall be forty-five (45) calendar days after the last day on which the Claims Administrator makes the initial mailing under ¶ 3.3(b). The Claims Administrator shall stamp the postmark date on the original of each Opt-Out Statement that it receives and shall deliver copies of each Statement to Class Counsel and Defense Counsel not later than three (3) calendar days after receipt thereof. The Claims Administrator shall also, through Class Counsel, within three (3) days of the end of the Opt-Out Period, file with the Clerk of Courts, with Social Security Numbers redacted, stamped copies of the Opt-Out Statements. The Claims Administrator shall, within three (3) business days of the end of the Opt-Out Period, send a final list of all Opt-Out Statements to Defense Counsel and Class Counsel.

e)     Ohio Rule 23 Class Members who wish to present objections to the proposed settlement at the Fairness Hearing must do so first in writing. To be considered, such statements must be sent to the Claims Administrator via First Class United States mail, and be received by the Claims Administrator by a date certain, to be

specified on the Notice, which shall be for each Ohio Rule 23 Class Member forty-five (45) days after the initial mailing of the Claims Administrator of the Notice. The Claims Administrator shall stamp the date received on the original and send copies of each objection to Defense Counsel and Class Counsel via email and overnight delivery not later than three (3) calendar days after receipt thereof. The Claims Administrator shall, through Class Counsel, also file the date-stamped originals of any and all objections with the Clerk of Courts within three (3) business days after the end of the Opt-Out Period. An objector also has the right to appear at the Fairness Hearing either in person or through counsel hired by the objector. An objector who wishes to appear at the Fairness Hearing must state his or her intention to do so at the time he or she submits his or her written objections. An objector may withdraw his or her objections at any time.

f)        Any Ohio Rule 23 Class Member who has submitted an Opt-Out form may not submit objections to this settlement. The Parties may file with the Court written responses to any filed objections no later than fourteen (14) calendar days before the Fairness Hearing.

### 3.4    Ohio Rule 23 Class Settlement Approval Procedures

a)        Not later than fourteen (14) calendar days before the Fairness Hearing, the Class Representatives for the Ohio Rule 23 Class will submit (1) Plaintiffs' Unopposed Motion for Final Settlement Approval. Such Motion shall be submitted to Defense Counsel for review to ensure that the Motion is consistent with the terms of this Agreement prior to its filing with the Court. The date of the Fairness Hearing will be set by the Court.

**b)** At the Fairness Hearing, the Class Representatives for the Ohio Rule 23 Class shall request that the Court issue a Final Approval Order containing provisions accomplishing the following, among other things:

> **1)** Dismissing the Class Representatives' claims on behalf of the Ohio Rule 23 Class with prejudice and permanently barring all Ohio Rule 23 Class Members, including the Class Representatives, from prosecuting any Released Claims against any Released Parties and issuing an order for entry of judgment to that effect;

> **2)** Dismissing Ineligible FLSA Class Members without prejudice;

> **3)** Approving the parties' agreed upon cy pres beneficiary;

> **4)** Granting Plaintiffs' petition for attorneys' fees, costs, and Class Representative Awards;

> **5)** Issuing an order directing the dismissal of the Civil Action and entry of judgment; and

> **6)** Retaining jurisdiction to enforce the terms of this Agreement.

## 4. <u>FIFTH THIRD'S PAYMENT OBLIGATIONS</u>

**4.1** No later than three business days following the Effective Date, Fifth Third shall transmit the Settlement Fund ($4,000,000.00) to the Claims Administrator to be held in escrow for the purpose of making payments to the FLSA Class Members, the Ohio Rule 23 Class Members, and Class Counsel as provided in this Agreement.

**4.2** The Claims Administrator will make the Attorneys' Fees and Expenses Payment ($1,375,333.33, or the amount awarded by the Court) by wire transfer or by check delivered to Class Counsel at an anticipated date no later than fourteen (14) days after the Claims Administrator receives the Settlement Fund payment from Fifth Third. In advance of the Effective Date, Class Counsel will provide Defense Counsel and the Claims Administrator with the tax-payer identification numbers for Class Counsel, an executed W-9 form, and wire instructions. The Settlement Class Members (as defined in ¶ 1.23) and Class Counsel expressly waive any rights that they may have to recover any other attorneys' fees and expenses relating to the Civil Action.

**4.3** Except as otherwise provided herein and the anticipation of the motions by Class Counsel to have attorneys' fees and expenses approved as contemplated herein, the Parties shall bear responsibility for their own fees, costs, and expenses incurred by them or arising out of this litigation and will not seek reimbursement thereof from any party to this Agreement or the Released Parties.

**4.4** Attached as Exhibits E and F are the preliminary payment schedules for the FLSA Class Members and Ohio Rule 23 Class Members. These schedules assume that the Court will fully grant Class Counsel's petition for attorneys' fees and costs and award the maximum Class Representative Award, and that all Ohio Rule 23 Class Members will accept the settlement by timely returning the Rule 23 Claim Form. These schedules will be modified in the event that the Court reduces the amount of attorneys' fees and/or costs, reduces or eliminates the Class Representative Award, or if any Ohio Rule 23 Class Members fail to timely return the Rule 23 Claim Form or opt-out.

**4.5    Payments to the FLSA Class Members**

        **a)**     The Claims Administrator will allocate the full portion of the Section 216(b) Settlement Fund ($1,604,884.82), less any amounts allocated to FLSA Class Members who reject the Settlement or who do not respond, for distribution to the FLSA Class Members to a trust account within fourteen (14) days of receiving the Settlement Fund from Fifth Third.

        **b)**     The Claims Administrator shall make payment to the FLSA Class Members out of the 216(b) Settlement Fund pursuant to the schedule attached as **Exhibit E** within fourteen (14) days after the Claims Administrator receives the Settlement Fund payment from Fifth Third**.**  The Claims Administrator shall prepare two separate checks payable to each FLSA Class Member, which together shall equal each Class Member's Total Award:  (1)  One payment, reflected as  "Backpay" on **Exhibit E**, shall be considered a payment of wages to be documented by the Claims Administrator on a Form W-2 and issued to the FLSA Claim Member; (2) A second payment, reflected as Liquidated Damages on **Exhibit E**, shall be considered a non-wage payment for liquidated damages and documented by the Claims Administrator on a Form 1099 and issued to the FLSA Class Member.

        **c)**     The employee portion of all applicable income and payroll taxes, as well as the taxes on the liquidated damages payment, will be the responsibility of the individual FLSA Class Member, who agrees to indemnify and hold harmless Fifth Third, Class Counsel, and Defense Counsel for any tax liability, including penalties and interest, arising out of or relating to the FLSA Class Member's failure to pay taxes on any

amounts paid pursuant to this Agreement. The Claims Administrator shall be responsible for remitting to the tax authorities all payroll taxes for payments out of the Settlement Fund. All applicable Employer Payroll Tax contributions associated with the Backpay payments including the employer share of FICA, FUTA, and SUTA shall be the responsibility of Fifth Third. The Claims Administrator shall be responsible for notifying Fifth Third of the total of the employer's share of each FLSA Class Member's Backpay award.

   **d)**  The FLSA Class Members will have ninety (90) days from the date the checks are issued to negotiate them. The Claims Administrator, in conjunction with Class Counsel, will endeavor to locate any FLSA Class Members whose checks are returned and promptly cause their checks to be delivered to them. Forty-five (45) days from the date of mailing of the Section 216(b) Settlement checks the Claims Administrator will provide Class Counsel with a report reflecting which checks have not been negotiated. Class Counsel will be free to contact any FLSA Class Members whose checks were not negotiated and urge them to promptly negotiate their checks. After ninety (90) days, the Claims Administrator may stop payments on any checks issued to FLSA Class Members that have not been negotiated, and the Claims Administrator will provide Class Counsel and Fifth Third with a list of checks that have not been negotiated. The Claims Administrator will thereafter send the funds to a cy pres recipient to be agreed upon by the parties and approved by the Court as part of the final approval order.

   **4.6**  **Payments to the Ohio Rule 23 Class Members**

a)	The Claims Administrator will allocate the full portion of the Ohio Rule 23 Settlement Fund ($999,781.85), less any amounts allocated to Ohio Rule 23 Class Members who timely opt-out) for distribution to the Ohio Rule 23 Class Members to a trust account within fourteen (14) days of receiving the Settlement Fund from Fifth Third.

b)	The Claims Administrator shall make payment to the Ohio Rule 23 Class Members out of the Ohio Rule 23 Settlement Fund pursuant to the schedule attached as **Exhibit F** within fourteen (14) days after the Claims Administrator receives the Settlement Fund payment from Fifth Third.  The Claims Administrator shall prepare two separate checks payable to each Ohio Rule 23 Class Member, which together shall equal each Class Member's Total Award:  (1)  One payment, reflected as "Backpay" on **Exhibit F**, shall be considered a payment of wages to be documented by the Claims Administrator on a Form W-2 and issued to the Ohio Rule 23 Class Member; (2) A second payment, reflected as Liquidated Damages on **Exhibit F**, shall be considered a non-wage payment of liquidated damages and documented by the Claims Administrator on a Form 1099 and issued to the Ohio Rule 23 Class Member.  Any amount awarded by the Court to the Class Representatives as a Class Representative Award will be considered a payment of wages and documented by the Claims Administrator on the same Form W-2 as the Backpay damages amount.

c)	The employee portion of all applicable income and payroll taxes, as well as the taxes on the liquidated damages payment, will be the responsibility of the individual Ohio Rule 23 Class Member, who agrees to indemnify and hold harmless Fifth

Third, Class Counsel, and Defense Counsel for any tax liability, including penalties and interest, arising out of or relating to the Class Member's failure to pay taxes on any amounts paid pursuant to this Agreement. The Claims Administrator shall be responsible for remitting to the tax authorities all payroll taxes for payments out of the Settlement Fund. All applicable Employer Payroll Tax contributions associated with the Backpay payments including the employer share of FICA, FUTA, and SUTA shall be the responsibility of Fifth Third. The Claims Administrator shall be responsible for notifying Fifth Third of the total of the employer's share of each Ohio Rule 23 Class Member's Backpay award.

     **d)**     The Ohio Rule 23 Class Members will have ninety (90) days from the date the checks are issued to negotiate them. The Claims Administrator, in conjunction with Class Counsel, will endeavor to locate any Ohio Rule 23 Class Members whose checks are returned and promptly cause their checks to be delivered to them. Forty-five (45) days from the date of mailing of the Section 216(b) Settlement checks the Claims Administrator will provide Class Counsel with a report reflecting which checks have not been negotiated. Class Counsel will be free to contact any Ohio Rule 23 Class Members whose checks were not negotiated and urge them to promptly negotiate their checks. After ninety (90) days, the Claims Administrator may stop payments on any checks issued to Ohio Rule 23 Class Members that have not been negotiated, and the Claims Administrator will provide Class Counsel and Fifth Third with a list of checks that have not been negotiated. The Claims Administrator will thereafter

send the funds to a cy pres recipient to be agreed upon by the parties and approved by the Court as part of the Final Approval Order.

4.7     Fifth Third, Class Counsel, and Defense Counsel will not be liable for checks cashed by persons other than the Settlement Class Members.  Each Settlement Class Member will be deemed to have released Fifth Third from all liability as set forth in this Agreement even if his or her check is cashed by a person other than to whom the check is written.

4.8     Payments made under this Agreement are not intended to and will not: (1) form the basis for additional contributions to, benefits under, or any other monetary entitlements under; (2) count as earnings or compensation with respect to; or (3) be considered to apply to, or be applied for purposes of, Fifth Third's bonus, pension, any 401(k) and/or other retirement plans or similar programs.

5.     **RELEASES**

5.1     **Release of Claims**

a)     By operation of this Agreement and except as to such rights or claims as may be created by this Agreement or those nonwaivable by law, the Class Representatives and Class Counsel, on behalf of the Ohio Rule 23 Class Members, hereby irrevocably and unconditionally forever and fully release and covenant not to sue Fifth Third and the Released Parties from any and all past and present matters, claims, demands, and causes of action for unpaid regular and overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief under the Ohio Wage Act,

Ohio Rev. Code § 4111.01, *et seq*., which accrued between February 11, 2009 and January 3, 2011.

**b)**     By operation of this Agreement and except as to such rights or claims as may be created by this Agreement or those nonwaivable by law, the Named Plaintiffs and Class Counsel, on behalf of the FLSA Class Members, hereby irrevocably and unconditionally forever and fully release and covenant not to sue Fifth Third and the Released Parties from any and all past and present matters, claims, demands, and causes of action for (1) unpaid regular and overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief under the federal FLSA, 29 U.S.C. § 201, *et seq*., and (2) the Ohio Wage Act, Ohio Rev. Code § 4111.01, *et seq*., which accrued between February 11, 2008 and January 3, 2011.

**c)**     By operation of this Agreement and except as to such rights or claims as may be created by this Agreement or those nonwaivable by law, the Named Plaintiffs hereby irrevocably and unconditionally forever and fully release and covenant not to sue Fifth Third and the Released Parties from any and all past and present matters, claims, demands, and causes of action for violations of: Labor Management Relations Act of 1947; The Employee Retirement Income Security Act of 1973; The Consolidated Omnibus Budget Reconciliation Act of 1985; The Civil Rights Act of 1866; The Civil Rights Act of 1964; The Civil Rights Act of 1991; Age Discrimination in Employment Act of 1967; Sections 1981 through 1988 of Title 42 of the United States Code; The Americans with Disabilities Act of 1990; The Occupational Safety and Health Act; The Family and Medical Leave Act of 1993; The Ohio Civil Rights Act of 1959;  Equal Pay

Act of 1963; Ohio Whistleblower Protection Statutes; Ohio Workers' Compensation Statutes; The Rehabilitation Act of 1973; The Health Maintenance Organization Act of 1973; The Immigration Reform and Control Act of 1986; Executive Order 11141; Executive Order 11246; Executive Order 11375; any other federal, state or local civil or human rights law or any other local, state or federal law, regulation or ordinance; and any public policy, contract, tort, common law.

6. **PARTIES' AUTHORITY**

      **6.1**     All Parties have been represented by counsel throughout all negotiations which preceded the execution of this Agreement and this Agreement is made with the consent and advice of counsel. Class Counsel believes that the terms and conditions of this settlement are fair, reasonable, adequate, beneficial to and in the best interest of Named Plaintiffs, the FLSA Class Members and the Ohio Rule 23 Class Members. Class Counsel represents that they are fully authorized to enter into this Agreement and to bind the FLSA Class Members and the Ohio Rule 23 Class Members hereto the terms and conditions thereof.

      **6.2**     All of the Parties acknowledge that they have been represented by competent, experienced counsel throughout all negotiations which preceded the execution of this Agreement, and this Agreement is made with the consent and advice of counsel who have jointly prepared this Agreement.

      **6.3**     It is agreed that because the FLSA Class Members and Ohio Rule 23 Class Members are so numerous, it is impossible or impractical to have each member execute this Agreement. Class Counsel will notify all of the Opt-in Plaintiffs, and the Notice will

advise all Ohio Rule 23 Class Members, of the binding nature of the release as described in this Agreement, with or without additional action by them other than an opt-out by a member of the Ohio Rule 23 Class, and that the release will have the same force and effect as if this Agreement were executed by each member.

**6.4**     The Agreement will be binding upon and inure to the benefit of the Parties and their respective heirs, trustees, executors, administrators, successors, and assigns.

**7.**     <u>**MUTUAL FULL COOPERATION**</u>

**7.1**     The Parties agree to use their best efforts and to fully cooperate with each other to accomplish the terms of this Agreement, including but not limited to, execution of such documents and to take such other action as may reasonably be necessary to implement and effectuate the terms of this Agreement.

**7.2**     The Parties agree to a time line for submittal to Court of all necessary papers, including but not limited to approval papers, understanding that they will begin and complete the process in a reasonable, practicable, and expeditious manner and so as to facilitate the approval, notice, and payment schedule in a timely and workable manner.

**7.3**     If the Parties disagree over any of the term(s) of this Agreement, or any negotiation of or compliance with implementation of said terms, and cannot resolve such issues by themselves, the Parties agree to promptly submit such issue(s) to mediation with John Van Winkle. If the Parties cannot then reach agreement, the mediator will have the authority to make a binding determination.

**7.4**     The Parties are to execute all documents necessary for settlement as intended under this Agreement.

8.   **NOTICES**

**8.1**   Unless otherwise specifically provided herein, all notice, demands or other communications given hereunder shall be in writing and shall be deemed to have been duly given as of the third business day after mailing by United States registered or certified mail, return receipt requested, addressed as follows:

To the Plaintiffs/Settlement Class:

Paul J. Lukas
Timothy C. Selander
**NICHOLS KASTER, PLLP**
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402

To Defendant:

Anthony J. Hall, Esq.
**LITTLER MENDELSON, P.C.**
111 N. Magnolia Ave., Suite 1250
Orlando, FL  32801-2366

9.   **MODIFICATION**

**9.1**   To be effective, any amendment to the Agreement must be made in writing and signed by counsel for the Parties, and approved by the Court.

10.   **ENTIRE AGREEMENT**

**10.1**   This Agreement, its attachments, and the Settlement Term Sheet (attached as **Exhibit H**) constitute the entire agreement between the Parties concerning the subject matter hereof. No extrinsic oral or written representations or terms shall modify, vary, or contradict the terms of this Agreement. In the event of any conflict between the Agreement and any other settlement-related document, the Parties intend that this Agreement shall be controlling.

**11.** __CHOICE OF LAW/JURISDICTION__

**11.1** This Agreement shall be subject to, governed by, construed, enforced, and administered in accordance with the laws of the State of Ohio, both in its procedural and substantive aspects, and shall be subject to the continuing exclusive jurisdiction of the United States District Court for the Southern District of Ohio, Western Division (Judge Timothy S. Black). This Agreement shall be construed as a whole according to its fair meaning and intent, and not strictly for or against any party, regardless of who drafted or who was principally responsible for drafting this Agreement or any specific term or condition thereof.

**12.** __COUNTERPARTS__

**12.1** This Agreement may be executed in counterparts, and when each party has signed and delivered at least on such counterpart, each counterpart shall be deemed an original and, when taken together with other signed counterparts, shall constitute one Agreement, which shall be binding upon and effective as to all Parties.

**13.** __SOLICITATION TO EXCLUDE OR OBJECT__

**13.1** The Named Plaintiffs, Fifth Third, Class Counsel, and Defense Counsel agree not to encourage, assist, or solicit persons to exclude themselves from the settlement class or object to the settlement.

**14.** __DENIAL OF LIABILITY__

**14.1** Fifth Third vigorously denies the allegations in the Civil Action and states that it did not violate the law and that it has no liability for any claims raised in the Civil Action, but has agreed to the terms of this Agreement because this settlement will: (1)

avoid the further expenses and disruption of Fifth Third's business due to the pendency and expense of the litigation; (2) put the claims asserted in the Civil Action to rest; and (3) provide benefit to Fifth Third's shareholders.  Nothing in this Agreement shall be deemed or used as an admission of liability by Fifth Third, or an admission that a class should be certified for any purpose other than settlement purposes.

**15.    VOIDING THE AGREEMENT**

**15.1    Grounds for Voiding Settlement**

Any Party may Void this Agreement if:

**a)**    The Court declines to enter, in the form submitted by the Parties as contemplated under this Agreement (or any amended version agreed upon by the Parties), the Preliminary Approval Order, or Final Approval Order applicable to this Agreement; or

**b)**    The settlement as agreed does not become final for any other reason.

**15.2**    If this Agreement is not approved, there shall be no prejudice due to lapse of time to either side and the Parties may proceed with litigation as it existed on the date of the execution of this Agreement.   In the event that the Court fails to enter the Preliminary Approval Order or the Final Approval Order, or in the event that any objector successfully appeals any such Order, the Civil Action will proceed as if no settlement had been attempted.  In that event, the Civil Action will resume as it existed on the date this agreement was executed unless the Parties jointly agree to seek reconsideration of the ruling or seek Court approval of the renegotiated settlement.  If this

Agreement is not approved, the case will proceed as if no settlement had been attempted, and Fifth Third retains the right to contest whether this case should be maintained as a collective or class action and to contest the merits of any claims being asserted by the Named Plaintiffs or any Settlement Class Member. In such a case, the Parties will negotiate and submit for Court approval a case schedule which shall, among other things, propose dates for completion of merits discovery, and the filing of motions, including those regarding the decertification of any class. However, in the event that the settlement is not approved or is voided, Fifth Third will pay the cost incurred for the Claims Administrator as stated in ¶ 2.6.

Agreed to this 5th day of February, 2014

_[signature]_

Rachhana T. Srey**
MN Bar Number: 340133
Paul J. Lukas*
MN Bar Number: 22084X
Matthew H. Morgan*
MN Bar Number: 304657
NICHOLS KASTER, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: 612.256.3200
Facsimile:  612.215.6870
Email: lukas@nka.com

*admitted pro hac vice
** pro hac vice admission forthcoming

Counsel for Plaintiffs and the Class

_[signature]_

Anthony J. Hall*
FL Bar Number: 0040924
LITTLER MENDELSON, P.C.
111 North Magnolia Ave., Suite 1250
Orlando, FL  32801-2366
Telephone: 407.393.2900
Facsimile:  407.641.9234
Email: ajh@littler.com

*admitted pro hac vice

Counsel for Fifth Third Bank

**THE PARTIES:**

Dated: _____

_____
Dustin Swigart- Class Representative

Dated: _____

_____
Sonia Schultz- Class Representative

_[signature]_

Dated: _____

_____
Fifth Third Bank

Print Name: Stephanie Bauer Daniel

Title: Vice President & Counsel

30

Agreed to this _____ day of _____, 2014

---

Rachhana T. Srey**
MN Bar Number: 340133
Paul J. Lukas*
MN Bar Number: 22084X
Matthew H. Morgan*
MN Bar Number: 304657
NICHOLS KASTER, PLLP
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.256.3200
Facsimile: 612.215.6870
Email: lukas@nka.com

*admitted pro hac vice
** pro hac vice admission forthcoming

Counsel for Plaintiffs and the Class

---

Anthony J. Hall*
FL Bar Number: 0040924
LITTLER MENDELSON, P.C.
111 North Magnolia Ave., Suite 1250
Orlando, FL 32801-2366
Telephone: 407.393.2900
Facsimile: 407.641.9234
Email: ajh@littler.com

*admitted pro hac vice

Counsel for Fifth Third Bank

**THE PARTIES:**

Dated: 2/5/14

_____
Dustin Swigart- Class Representative

Dated: 2/5/14

_____
Sonia Schultz- Class Representative

Dated: _____

_____
Fifth Third Bank

Print Name:_____

Title:_____

30

# EXHIBIT A

| No. | Employee ID | First Name | Last Name | NOTE |
|---|---|---|---|---|
| 1 | 988115 | Keri | Abed | Ineligible - Did not work as MLO during relevant period |
| 2 | 18005 | David | Ackermann | |
| 3 | 986592 | Robert | Ahlfeld | |
| 4 | 20738 | Toufiq | Ahmed | |
| 5 | 850742 | Linda | Aivalotis | |
| 6 | 987659 | Ty | Alday | Ineligible - Statute of Limitations |
| 7 | 990634 | Phillip | Aldrete | |
| 8 | 996538 | Dan | Alerte | |
| 9 | 991184 | Mark | Alexander | |
| 10 | 930596 | Robert | Andrews | |
| 11 | 995423 | Charles | Anway | |
| 12 | 997370 | Luis | Aparicio | |
| 13 | 988046 | Ricardo | Arambula | |
| 14 | 20967 | Karen | Armstrong | |
| 15 | 23680 | James | Artwell | |
| 16 | 264065 | Daniel | Autenrieb | |
| 17 | 987606 | Christopher | Bailey | |
| 18 | 992977 | Richard | Bailey | |
| 19 | 24442 | Kathy | Ballard | |
| 20 | 987169 | Charles "Lee" | Barroll | |
| 21 | 990035 | Eric | Bastian | |
| 22 | 997743 | Kevin | Baustian | Ineligible - Did not work as MLO before January 3, 2011 |
| 23 | 14322 | Nathan | Bay | |
| 24 | 930707 | Ronald | Bayless | |
| 25 | 994551 | Michael | Becton | |
| 26 | 997605 | Mauricio | Benavente | |
| 27 | 195418 | John | Berghorst | |
| 28 | 931453 | Angelo | Bermudez | |
| 29 | 991573 | William | Bertram | |
| 30 | 311861 | Karen | Beyer | |
| 31 | 997213 | Melissa | Binns | |
| 32 | 11941 | Carl | Boersen | |
| 33 | 12487 | Stephen | Bogle | |
| 34 | 989773 | Jerold | Borman | |
| 35 | 23705 | David | Borys | |
| 36 | 991335 | Gary | Brandenburg | |
| 37 | 16104 | Kevin | Brant | Ineligible - Did not work as MLO during relevant period |
| 38 | 299700 | Phillip | Brechting | |
| 39 | 21638 | Patricia | Brown | |
| 40 | 994485 | Christopher | Brunton | |
| 41 | 990931 | Reed | Brunzell | |
| 42 | 986871 | Paul | Burch | |
| 43 | 20937 | Robert | Burke | |
| 44 | 996284 | Chris | Caldwell | |
| 45 | 21513 | Mickey | Campbell | Ineligible - Did not work as MLO before January 3, 2011 |
| 46 | 24392 | Rosie | Cano-Hurtado | |

| 47 | 24438 | Leah | Carroll (Morgan) | |
| 48 | 195864 | Daniel | Carter | |
| 49 | 18174 | Patricia | Cary | |
| 50 | 931291 | Diane | Castaldi | |
| 51 | 22255 | Michele | Cermak | |
| 52 | 998982 | Jonathan | Cherry | |
| 53 | 996414 | Matthew | Clark | |
| 54 | 989934 | Anthony | Clevenger | |
| 55 | 996594 | Jerome | Cobbe | |
| 56 | 996320 | Darren | Cochran | |
| 57 | 989983 | Debra | Cochran | |
| 58 | 989948 | Andrea | Cohen | |
| 59 | 773652 | Jennifer | Cohn | |
| 60 | 990570 | Lisa | Coker | |
| 61 | 146923 | Raymond | Conley | |
| 62 | 997796 | Claude | Connor | |
| 63 | 21463 | Tom | Conway | |
| 64 | 513164 | Kim | Cook | |
| 65 | 988639 | Rita | Cordova | Ineligible - Did not work as MLO during relevant period |
| 66 | 357861 | Timothy | Craft | |
| 67 | 113031 | Adrienne | Crawford | |
| 68 | 989820 | Jeffrey | Crockett | Ineligible - Did not work as MLO during relevant period |
| 69 | 25365 | Vicki | Cross | |
| 70 | 930883 | Steven | Crupper | |
| 71 | 16175 | Sherry | Cuccinelli | |
| 72 | 22540 | Yvonne | Cummings | |
| 73 | 984975 | Cameron | Cunningham | |
| 74 | 514069 | Douglas | Cupp | |
| 75 | 16578 | Charles | Cybulski | |
| 76 | 995018 | Stephen | Daniel | |
| 77 | 989263 | Christopher | Davis | |
| 78 | 991637 | Susan | Davis | |
| 79 | 7812 | Michelle | Degroote | |
| 80 | 997445 | Sabrina | Deramus | |
| 81 | 386898 | Bruce | Derby | |
| 82 | 991025 | Shane | Desimone | Ineligible - Did not work as MLO during relevant period |
| 83 | 930562 | Ben | Diaz | |
| 84 | 992983 | George | Dietrich | |
| 85 | 25735 | Domenick | Digaetani | Ineligible - Did not work as MLO during relevant period |
| 86 | 996590 | Paul | Digirolamo | |
| 87 | 988875 | Amelia | Doll | |
| 88 | 11656 | Cheryl | Ebert | |
| 89 | 513744 | Travis | Edwards | |
| 90 | 995880 | David | Elster | |
| 91 | 1844 | Jamie | Engstrom | |
| 92 | 121320 | Kathy | Eriks | |
| 93 | 998642 | Jonathan | Evans | |

| | | | | |
|---|---|---|---|---|
| 94 | 994295 | Mark | Fairbanks | |
| 95 | 998799 | Joseph | Fanara | |
| 96 | 91 | Karyn | Fish | |
| 97 | 26150 | Charles | Fleming | |
| 98 | 24384 | Gregory | Flores | |
| 99 | 989543 | Jorge | Flores | |
| 100 | 21291 | David | Fry | |
| 101 | 991214 | Karen | Frye | |
| 102 | 193834 | Nancy | Fuston | |
| 103 | 412013 | Susan | Galbreath | |
| 104 | 988471 | Connie | Gallegos | |
| 105 | 16375 | Ray | Gantt | |
| 106 | 21022 | Sandra | Gardner | Ineligible - Did not work as MLO during relevant period |
| 107 | 987128 | Patrick | Garrett | |
| 108 | 989270 | James | Garrison | |
| 109 | 991531 | Jodi | Getz | |
| 110 | 17649 | Tom | Giusti | |
| 111 | 989736 | Patrick | Glanzman | |
| 112 | 33638 | Kim | Gordon | |
| 113 | 858621 | Robert | Gottschlich | |
| 114 | 303611 | Aimee | Green | |
| 115 | 2992 | Felicia | Greene | Ineligible - Statute of Limitations |
| 116 | 991565 | David | Greer | |
| 117 | 22911 | Darryl | Grier | Ineligible - Statute of Limitations |
| 118 | 12199 | Stephanie | Griffin | |
| 119 | 9062 | James | Griffith | |
| 120 | 352161 | Patrick | Grundish | |
| 121 | 987327 | Dianna | Haines | |
| 122 | 986922 | Gary | Hall | |
| 123 | 990748 | Sonya | Hall | |
| 124 | 985223 | Linda | Haller | |
| 125 | 996596 | Steven | Hallett | |
| 126 | 24944 | Robert | Hallman | |
| 127 | 12148 | Cheryl | Hamilton | |
| 128 | 97 | Jami | Hamilton | |
| 129 | 993131 | John | Hammons | |
| 130 | 989994 | Linda | Hanba | |
| 131 | 989081 | Matthew | Harma | |
| 132 | 12057 | Matthew | Harris | Ineligible - Statute of Limitations |
| 133 | 997299 | Judy | Hartz | |
| 134 | 997272 | Jeff | Hatch | |
| 135 | 992538 | Marcus | Haulenbeek | |
| 136 | 989854 | Dianna | Hay | |
| 137 | 127781 | Jack | Hayzlett | |
| 138 | 512996 | Charles | Heinbach | |
| 139 | 2890 | Ceola | Helm | |
| 140 | 986136 | Robert | Henery | |

| 141 | 26267 | Emily | Henson | |
|---|---|---|---|---|
| 142 | 997567 | Alyssa | Hicks | |
| 143 | 703 | John | Hildebolt | Ineligible - Statute of Limitations |
| 144 | 990417 | Joseph | Hill | |
| 145 | 20210 | Deborah | Hodge | |
| 146 | 985370 | Suzanne | Hogge | |
| 147 | 997283 | Mark | Hood | |
| 148 | 987201 | Michael | Hopson | |
| 149 | 20969 | Mark | Huddleson | |
| 150 | 990660 | Paige | Hughes | |
| 151 | 8026 | Robyn | Hughes | |
| 152 | 992885 | Kenra | Humble | |
| 153 | 25049 | James | Hunter | |
| 154 | 17923 | Sharon | Hurd | |
| 155 | 997463 | Patrick | Hurley | |
| 156 | 25791 | Deborah | Hyde | |
| 157 | 996161 | John | Imburgia | |
| 158 | 16174 | Stephen | Jeselnik | Ineligible - Did not work as MLO during relevant period |
| 159 | 931450 | Joseph | Jimenez | |
| 160 | 990437 | Cedric | Johnson | |
| 161 | 996048 | David | Johnson | |
| 162 | 513890 | Gregory | Johnson | |
| 163 | 997468 | Mark | Johnson | |
| 164 | 351943 | Maurice | Johnson | |
| 165 | 991239 | Scott | Johnson | |
| 166 | 998021 | Bradley | Jones | |
| 167 | 992263 | Delone | Jones | Ineligible - Did not work as MLO during relevant period |
| 168 | 23185 | Crystal | Joseph | |
| 169 | 25989 | Robert | Judd | |
| 170 | 995752 | Robert | Kach | |
| 171 | 11305 | Julie | Kelly-Jones | |
| 172 | 994402 | Erin | King | |
| 173 | 989497 | Tammi | Kopec | |
| 174 | 989552 | Randy | Kopf | |
| 175 | 22010 | Richard | Kopystynsky | |
| 176 | 990762 | Arnold | Kotowsky | |
| 177 | 13342 | Sharlene | LaClair-Chick | |
| 178 | 56768 | Brian | Landis | Ineligible - Did not work as MLO during relevant period |
| 179 | 998465 | Paul | Lang | |
| 180 | 988791 | Leo | Lara | |
| 181 | 991216 | John | Lasch | |
| 182 | 993745 | Lynda | Lawless | |
| 183 | 991526 | Kimberly | Lawrence | |
| 184 | 2343 | Glenn | Lay Jr | |
| 185 | 984744 | Christina | Ledesma | |
| 186 | 17803 | Richard | Lenzer | |
| 187 | 17066 | Christine | Leopard | |

| 188 | 995763 | Timothy | Lernihan | Ineligible - Did not work as MLO during relevant period |
|---|---|---|---|---|
| 189 | 997801 | Nancy | Levine | |
| 190 | 985841 | Bruce | Lively | |
| 191 | 7446 | Annette | Lovelady | |
| 192 | 25702 | Jean | Lovergine | |
| 193 | 514019 | Gloria | Lozano | |
| 194 | 931505 | Neri | Lugo | |
| 195 | 22044 | Andrew | Lusk | Ineligible - Statute of Limitations |
| 196 | 995045 | Justin | Lynott | Ineligible - Did not work as MLO during relevant period |
| 197 | 988414 | Salvatore | Magnetico | |
| 198 | 990278 | Timothy | Malpassi | |
| 199 | 997654 | Danielle | Mann | |
| 200 | 19934 | Paul | Marchio | |
| 201 | 996568 | David | Matters | |
| 202 | 119319 | Nick | Maxwell | |
| 203 | 997309 | Edward | Mcclendon | |
| 204 | 991748 | Jeffrey | Mcdermand | Ineligible - Did not work as MLO during relevant period |
| 205 | 75686 | Robert | Mckearin | |
| 206 | 25229 | Lee | Mclaughlin | |
| 207 | 25235 | Troy | Mcmahan | |
| 208 | 932277 | Sean | Mcmanamon | |
| 209 | 991078 | Thomas | McNamara | |
| 210 | 385262 | Kevin | Meier | |
| 211 | 194521 | Richard | Meisinger | |
| 212 | 998430 | Laurence | Metzler | |
| 213 | 986988 | Jerry | Middleton | Ineligible - Statute of Limitations |
| 214 | 25665 | Greg | Miller | |
| 215 | 995609 | Bruce | Million | |
| 216 | 22806 | Shawn | Minor | Ineligible - Did not work as MLO during relevant period |
| 217 | 352014 | Rebecca | Mitchell | Ineligible - Statute of Limitations |
| 218 | 932079 | S. Kyle | Mitter | |
| 219 | 193721 | Mark | Mohr | |
| 220 | 5417 | Heather | Montgomery | |
| 221 | 990015 | Angelo | Mora | |
| 222 | 931142 | Israel | Morales | |
| 223 | 988775 | Ramon | Moreno | |
| 224 | 21300 | Blanca | Morey | Ineligible - Statute of Limitations |
| 225 | 26140 | Carrie | Mudd | Ineligible - Statute of Limitations |
| 226 | 990847 | Michael | Mullen | |
| 227 | 992313 | Mary | Murphree | Ineligible - Did not work as MLO during relevant period |
| 228 | 17552 | Myron | Murphy | |
| 229 | 196672 | Dianne | Nance | |
| 230 | 985879 | Wanda | Negrin | Ineligible - Statute of Limitations |
| 231 | 22553 | Richard | Nicholls | |
| 232 | 996889 | John | Noh | |
| 233 | 997744 | Daniel | Nolan | |
| 234 | 996636 | Christopher | Norris | |

| 235 | 86609 | Monica | Notestine | |
|---|---|---|---|---|
| 236 | 991998 | Susan | Novak | |
| 237 | 991524 | Glendon | Oates | |
| 238 | 990871 | Christopher | Obrycki | |
| 239 | 992242 | Mark | Olsen | |
| 240 | 363610 | James | Osborn | |
| 241 | 995794 | Maureen | O'Toole | |
| 242 | 194554 | Gary | Owen | |
| 243 | 998522 | Jonathan | Padial | |
| 244 | 991365 | Robin | Palmer | |
| 245 | 991289 | Maciej ("Mike | Panczyk | |
| 246 | 998266 | Eduardo | Paras | |
| 247 | 991065 | Scot | Pataky | |
| 248 | 208101 | Terrie | Pearman | |
| 249 | 22128 | Charles | Pearson | |
| 250 | 513416 | Jane | Peeler | |
| 251 | 997193 | James | Pesek | |
| 252 | 988908 | John | Peters | |
| 253 | 195901 | Thomas | Peterson | |
| 254 | 985352 | Lance | Petway | |
| 255 | 18147 | Amanda | Pietoso | |
| 256 | 998250 | Jennifer | Pike | |
| 257 | 986920 | Beverly | Pineault | |
| 258 | 991688 | Michael | Plott | |
| 259 | 988764 | Cindy | Polverino | Ineligible - Statute of Limitations |
| 260 | 931218 | Brian | Porath | |
| 261 | 985646 | Jeffery | Potter | |
| 262 | 22709 | Steven | Powell | |
| 263 | 993491 | Kelly | Prestly | |
| 264 | 987171 | Jonathan | Prieskorn | Ineligible - Statute of Limitations |
| 265 | 7474 | Patricia | Putrino | |
| 266 | 987114 | Sonia | Ramirez | |
| 267 | 991829 | Patrick | Rath | |
| 268 | 20664 | Anindya | Ray | |
| 269 | 513493 | Dorothy | Raynor | |
| 270 | 148400 | Joan | Rees | |
| 271 | 106198 | Sue | Reichard | |
| 272 | 996167 | Mark | Reifsnyder | |
| 273 | 992421 | Jevon | Robertson | |
| 274 | 2481 | Rajvalla | Robinson | |
| 275 | 23190 | Eloisa | Rodriguez | |
| 276 | 988623 | Regina | Rosemire | |
| 277 | 989306 | Sherry | Ross | |
| 278 | 993737 | Everett | Roy | |
| 279 | 993866 | Fernando | Rucabado | |
| 280 | 23769 | Annita | Rucker | |
| 281 | 837011 | Mark | Russell | |

| 282 | 996441 | Sherri | Sampson | |
|-----|--------|--------|---------|--|
| 283 | 995933 | Marcelo | Saucedo | |
| 284 | 22674 | Mark | Scheidler | |
| 285 | 197309 | John | Scheppele | |
| 286 | 20566 | Teresa | Scherl | |
| 287 | 996933 | Robin | Schienle | |
| 288 | 994437 | Suzanne | Schmitz | |
| 289 | 986894 | Lloyd | Schnieders | |
| 290 | 356613 | Sonia | Schultz | |
| 291 | 902998 | Joni | Schumann | |
| 292 | 931997 | Tanya | Seabrooks | |
| 293 | 195717 | William | Selles | |
| 294 | 931723 | Patti | Shaffer | |
| 295 | 991525 | Joanna | Sharp | |
| 296 | 20797 | Carolyn | Sheldt | |
| 297 | 988559 | Jennifer | Shepherd | |
| 298 | 272735 | William | Shier | |
| 299 | 991728 | Katherine | Sidler | |
| 300 | 514029 | Tonya | Sims | |
| 301 | 987466 | Robert | Slayton | |
| 302 | 988671 | Eric | Smith | |
| 303 | 989091 | Kevin | Smith | |
| 304 | 990508 | Michael | Smith | |
| 305 | 992492 | Wendy | Smith | |
| 306 | 991487 | Margurite | Soria | |
| 307 | 997936 | Gregory | Sorrell | |
| 308 | 13994 | Thomas | Sorrentino | |
| 309 | 985783 | Christy | South | |
| 310 | 282001 | Melinda | Spieles | |
| 311 | 997164 | Steven | Staniszewski | |
| 312 | 5374 | Judith | Staropoli | |
| 313 | 108054 | Michelle | Stauffer | |
| 314 | 23699 | Denise | Stone | |
| 315 | 16604 | Timothy | Strickler | |
| 316 | 992110 | Janine | Sullivan | |
| 317 | 987166 | John | Sullivan | |
| 318 | 16123 | Dustin | Swigart | |
| 319 | 740850 | Douglas | Swinehart | |
| 320 | 997228 | Brita | Sype | |
| 321 | 197317 | Joseph | Szombati | |
| 322 | 12939 | David | Teska | |
| 323 | 4235 | Julie | Tompkins | |
| 324 | 932811 | Michelle | Torpisch | |
| 325 | 4252 | Richard | Trew | Ineligible - Statute of Limitations |
| 326 | 996283 | Nicholas | Tsikretsis | |
| 327 | 25840 | Sheri | Twohig | |
| 328 | 995605 | Patrick | Tyler | |

| 329 | 931441 | Scott | Tyler | |
|-----|--------|-------|-------|---|
| 330 | 11798 | Tom | Vanderwell | |
| 331 | 1936 | Karen | Varner | |
| 332 | 989554 | Lorena | Velasquez | |
| 333 | 995788 | Rosalba | Verdin | Ineligible - Did not work as MLO during relevant period |
| 334 | 989244 | Judy | Vermillion | |
| 335 | 992218 | Brian | Volz | |
| 336 | 988493 | Tamara | Von Waldner | Ineligible - Did not work as MLO during relevant period |
| 337 | 77227 | Julie | Vore | |
| 338 | 25367 | Joseph | Wallace | |
| 339 | 991449 | Michael | Walters | |
| 340 | 15392 | Glenda | Warren | |
| 341 | 932936 | Charles | Washington | |
| 342 | 257586 | Arnette | Weaver | |
| 343 | 997785 | Fred | Weber | |
| 344 | 990803 | Beverly | Wheat | |
| 345 | 998938 | Michael | Wheeler | |
| 346 | 16470 | Stephanie | Whiffen | |
| 347 | 9564 | Michael | Whyte | |
| 348 | 987870 | Brandy | Wilkins-Messner | |
| 349 | 19337 | Scott | Williams | |
| 350 | 985543 | Scott | Williams | |
| 351 | 990627 | Shawn | Williams | |
| 352 | 26044 | Dale | Winters | |
| 353 | 991990 | Lee | Witte | |
| 354 | 932131 | Randall | Wogenstahl | |
| 355 | 20560 | Irene | Wolf | |
| 356 | 989632 | Amy | Wolfram | |
| 357 | 996876 | Christopher | Wood | |
| 358 | 989396 | Tyrone | Wood | |
| 359 | 987721 | Lance | Worrell | Ineligible - Did not work as MLO during relevant period |
| 360 | 996924 | Gary | Wray | |
| 361 | 991960 | Renee | Wyler | |

# EXHIBIT B

| No. | Employee ID | First Name | Last Name |
|---|---|---|---|
| 1 | 904506 | DONNA | AMOS |
| 2 | 22586 | DAVID | ANDERSON |
| 3 | 804068 | TAMMY | ASHBY |
| 4 | 25091 | JEFFREY | AURAND |
| 5 | 13104 | Daniel | Baechle |
| 6 | 282191 | GREGORY | BANE |
| 7 | 998768 | KEVIN | BARKER |
| 8 | 931491 | LISA | BARRETT |
| 9 | 996448 | PATRICIA | BEALL |
| 10 | 11783 | THOMAS | BEGAM |
| 11 | 930889 | RONALD | BENJAMIN |
| 12 | 61831 | RICHARD | BERTMAN |
| 13 | 103288 | ALICIA | BESHARA |
| 14 | 992111 | JOSHUA | BEYL |
| 15 | 813781 | ROBERT | BLUME |
| 16 | 25396 | LISA | BONNER |
| 17 | 10070 | MICHELE | BONO |
| 18 | 995678 | KATHLEEN | BORNHORST |
| 19 | 5267 | STEPHEN | BOSTATER |
| 20 | 4668 | BRIAN | BOWER |
| 21 | 996053 | PATRICK | BRAILER |
| 22 | 323459 | CINDY | BURNS |
| 23 | 67901 | DAVID | CAINS |
| 24 | 996622 | MARY BETH | CALENDINE |
| 25 | 5043 | CYNTHIA | CARR |
| 26 | 8619 | IRMA | CARR |
| 27 | 2735 | RODNEY | CARRUTHERS |
| 28 | 997495 | ANTHONY | CARSON |
| 29 | 997905 | PAUL | CARSON |
| 30 | 997045 | JAMES | CARTINIAN |
| 31 | 22007 | THOMAS | CHANDLER |
| 32 | 991825 | WILLIAM | CHANNELL |
| 33 | 990984 | LIBBY | CHAPIN |
| 34 | 76697 | PAMELA | CLARK |
| 35 | 360911 | MICHAEL | COLE |
| 36 | 5652 | SUSAN | COOK |
| 37 | 324603 | KENNETH | COOPER |
| 38 | 990113 | MICHAEL | COSGROVE |
| 39 | 48397 | QUENTIN | COX |
| 40 | 18986 | ORLANDO | CRIMMEL |
| 41 | 989750 | CYNTHIA | CRISPEN |
| 42 | 10768 | TIMOTHY | CURRAN |
| 43 | 858170 | KENNETH | DAVIS |
| 44 | 989382 | ROBERT | DAWSON |
| 45 | 17533 | SHARON | DAZELL |
| 46 | 846057 | DAVID | DENECKE |

| 47 | 12631 | JENNIFER | DENSON |
|---|---|---|---|
| 48 | 25026 | NATHAN | DEROLPH |
| 49 | 8051 | ROCCO | DESTEFANIS |
| 50 | 990264 | FRANK | DILENSCHNEIDER |
| 51 | 259952 | MARK | DINARDO |
| 52 | 350 | RICHARD | DOMKA |
| 53 | 998779 | GINA | DOWNS |
| 54 | 2302 | JEFF | EDWARDS |
| 55 | 15398 | ERIC | EFOBI |
| 56 | 58499 | RITA | EHMANN |
| 57 | 142412 | CHRISTINE | ELLIOTT |
| 58 | 33603 | GREGORY | ELMORE |
| 59 | 360866 | EVAN | ESTEP |
| 60 | 378273 | TYSON | FANKHAUSER |
| 61 | 995206 | MARTIN | FAY |
| 62 | 992582 | LYNN | FERREN |
| 63 | 60687 | CHRISTOPHER | FINK |
| 64 | 932185 | STEVEN | FISHMAN |
| 65 | 4269 | THOMAS | FLORY |
| 66 | 99591 | KENNETH | GARBE |
| 67 | 987024 | IRENE | GARRETT |
| 68 | 997802 | BEN | GENNARELLI |
| 69 | 989581 | DAVID | GERHARD |
| 70 | 997465 | GREGG | GIELAS |
| 71 | 931578 | SCOTT | GILBERT |
| 72 | 996910 | MELANIE | GOULD |
| 73 | 833002 | SANDRA | GREENWALD |
| 74 | 933168 | STEVEN | GREENWALD |
| 75 | 10249 | LANCE | GREMLING |
| 76 | 995959 | MARY | GRIFFIN |
| 77 | 8012 | BRIAN | HAGEMAN |
| 78 | 996190 | TERRY | HALES |
| 79 | 998780 | JENNIFER | HALL |
| 80 | 990680 | KEVIN | HANNA |
| 81 | 930911 | SANDRA | HARRIS |
| 82 | 12901 | PHYLLIS | HART |
| 83 | 987809 | ELLEN | HARVEY |
| 84 | 931706 | RAYMOND | HATFIELD |
| 85 | 986746 | BRYCE | HENSON |
| 86 | 997473 | BRANDON | HOBBS |
| 87 | 8404 | JEANETTE | HOCKMAN |
| 88 | 994894 | MICHAEL | HOEGLER |
| 89 | 247599 | ANN | HORNSTEIN |
| 90 | 930975 | MATTHEW | HOWARD |
| 91 | 15722 | ROSARIO | INDELICATO |
| 92 | 42040 | SUSAN | JESTER |
| 93 | 992990 | CARRIE | JOHNSON |

| | | | |
|---|---|---|---|
| 94 | 932274 | TIMOTHY | JOHNSON |
| 95 | 932007 | RACHEL | JONES |
| 96 | 997897 | AMY | KARHOFF |
| 97 | 995244 | MATTHEW | KENNEDY |
| 98 | 931521 | TINA | KERN |
| 99 | 995033 | MICHAEL | KING |
| 100 | 31835 | MANDY | KNERR |
| 101 | 10447 | TRAVIS | KNIGHT |
| 102 | 931945 | TAMMY | KOLLER |
| 103 | 993530 | JOHN | KORINKO |
| 104 | 988929 | DAVID | KURTZ |
| 105 | 996831 | MICHAEL | LANG |
| 106 | 1101 | WILLIAM | LAVELLE JR |
| 107 | 988013 | ANGELA | LEEVER |
| 108 | 289609 | DAWN | LOCIGNO |
| 109 | 997604 | SANDRA | LOCKWOOD |
| 110 | 995740 | CHAD | LOUGHRY |
| 111 | 990065 | STEPHEN | LOWE |
| 112 | 986522 | BRIAN | LYNCHA |
| 113 | 22795 | VINCENT | LYONS |
| 114 | 991421 | KEVIN | MAHAN |
| 115 | 25217 | PEGGY | MALMSBURY |
| 116 | 932806 | AMANDA | MARCERO |
| 117 | 985569 | JENNIFER | MARRATTA |
| 118 | 994492 | ROBERT | MARTIN |
| 119 | 14371 | STANLEY | MASON |
| 120 | 932975 | ANTHONY | MASTURZO |
| 121 | 991826 | DANIEL | MATHEWS |
| 122 | 877320 | BERTHA | MATTHEWS |
| 123 | 932160 | DUSTIN | MCMILLAN |
| 124 | 985011 | Christine | Melcher |
| 125 | 8850 | KIM | MILLER |
| 126 | 996493 | CRAIG | MINCEY |
| 127 | 343441 | DAWN | MONTEIRO |
| 128 | 695447 | PAM | MORAN |
| 129 | 848618 | ELSA | MUNIZ |
| 130 | 23858 | APRIL | MUNROE |
| 131 | 990465 | MARK | MYERS |
| 132 | 993139 | THOMAS | MYRICK |
| 133 | 14870 | JULIE | NELSON |
| 134 | 993475 | DANIELLE | NEWMAN |
| 135 | 990615 | EDDIE | NORMAN |
| 136 | 634644 | KATHLEEN | NUNLIST |
| 137 | 832552 | ROGER | NUNLIST |
| 138 | 82014 | WILLIAM | NUTT |
| 139 | 20561 | TERRI | OLSSON |
| 140 | 944 | JAMES | OWENS |

| 141 | 930702 | DAWN | PARKS |
|---|---|---|---|
| 142 | 25379 | LAURIE | PATTERSON |
| 143 | 985712 | ROGER | PEACE |
| 144 | 76427 | RAYMOND | PEARSALL |
| 145 | 992641 | DAVID | PETERS |
| 146 | 996835 | BRITTANY | PHILLIPS |
| 147 | 993531 | DONALD | POLING |
| 148 | 101995 | SCOTT | POLING |
| 149 | 931135 | JASON | PREHODICK |
| 150 | 357667 | DINO | RE |
| 151 | 642337 | THERESA | REA |
| 152 | 7589 | ZACH | REFFITT |
| 153 | 988186 | BRENDA | RIFFE |
| 154 | 837919 | SUSI | ROARK |
| 155 | 14372 | POLLY | ROBINSON |
| 156 | 869531 | ANDREW | ROLL |
| 157 | 12868 | CHELSI | ROSSMAN |
| 158 | 27297 | SAUNDRA | RUEN |
| 159 | 932737 | CLIFFORD | RUGGLES |
| 160 | 395065 | DOMINIC | SANZO |
| 161 | 990272 | DANIEL | SCHNEIDER |
| 162 | 12807 | JENNIE | SCOBY |
| 163 | 284981 | RONDA | SEGELKE |
| 164 | 14390 | MAXINE | SHANNON |
| 165 | 984999 | JUSTUS | SHARP |
| 166 | 22815 | JASON | SHOE |
| 167 | 998025 | TODD | SINDERGARD |
| 168 | 856538 | DIANE | SLATER |
| 169 | 992633 | DAVID | SNYDER |
| 170 | 806987 | JENNIFER | SORETTE |
| 171 | 84324 | NATALIE | STARK |
| 172 | 102728 | JASON | STENGER |
| 173 | 932255 | TODD | STEVENS |
| 174 | 834398 | BYRON | STRICKLAND |
| 175 | 395479 | MICHELLE | STROPES |
| 176 | 987162 | BRANDI | SULLIVAN |
| 177 | 327564 | JOSEPH | SZYMANOWSKI |
| 178 | 985362 | ANN | THOMAS |
| 179 | 991222 | SCOTT | THOMPSON |
| 180 | 20348 | AMY | UPTON |
| 181 | 918753 | CHRIS | URTI |
| 182 | 990987 | LAWRENCE | UTT |
| 183 | 995963 | ELOISA | VINSON |
| 184 | 997488 | BRIAN | VORDEM ESCHE |
| 185 | 119634 | GARY | WEAVER |
| 186 | 73867 | GARY | WEBER |
| 187 | 26771 | MATTHEW | WEST |

| 188 | 930985 | DONALD | WHITE |
| 189 | 2018 | DAVID | WILLIAMS |
| 190 | 25918 | Michelle | Witt |
| 191 | 22387 | RICK | WOLFER |
| 192 | 932338 | LAUREN | WOODROW |
| 193 | 992210 | MARTY | WYZLIC |

# EXHIBIT C

| | | |
|---|---|---|
| DUSTIN SWIGART and SONIA SCHULTZ, on behalf of themselves and others similarly situated, | : : : : | Case No. 1:11-cv-00088 |
| | : | Judge Timothy S. Black |
| Plaintiffs, | : : | |
| v. | : : | |
| FIFTH THIRD BANK, | : : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED
MOTION FOR APPROVAL OF SECTION 216(b) SETTLEMENT AND
FOR PRELIMINARY APPROVAL OF OHIO RULE 23 CLASS SETTLEMENT**

The above-entitled matter came before the Court on the Plaintiffs' Unopposed Motion for Approval of Section 216(b) Settlement and for Preliminary Approval of Ohio Rule 23 Class Settlement ("Motion for Preliminary Approval").

I.     **Approval of Section 216(b) Settlement**

The parties' settlement agreement resolves the FLSA collective action claims of the named and opt-in Plaintiffs. The goal of the FLSA is to ensure that a covered employee receives a "fair day's pay for a fair day's work" and is "protected from the evil of overwork as well as underpay." Kritzer v. Safelite Solutions, LLC, 2012 WL 1945144, at *5 (S.D. Ohio May 30, 2012) (quoting Barrentine v. Arkansas–Best Freight Sys., Inc., 450 U.S. 728, 739 (1981)). The Act further provides that an employer that violates the Act's requirements regarding minimum wages or overtime "shall be liable to the employee or employees affected in the amount of their unpaid minimum wages, or their unpaid overtime compensation, as the case may be, and in an additional equal amount as liquidated damages." 29 U.S.C. § 216(b). If the plaintiffs prevail,

they are also entitled to recover reasonable attorneys' fees and costs.  Id.  "The FLSA's provisions are mandatory and, except as otherwise provided by statute, are generally not subject to being waived, bargained, or modified by contract or by settlement."  Kritzer, 2012 WL 1945144, at *5 (citations omitted).

FLSA claims may be compromised, however, "when a court reviews and approves a settlement agreement in a private action."  Id. (citing Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir.1982)).  In such circumstances, the Court must first determine that there is a bona fide dispute between the parties as to the employer's liability under the FLSA. Id.; see also Lynn's Food Stores, 679 F.2d at 1353 n.8.   The existence of a bona fide dispute under the FLSA confirms that "the parties are not, via settlement of the plaintiffs' claims, negotiating around the clear FLSA requirements of compensation for all hours worked, minimum wages, maximum hours, and overtime."  Kritzer, 2012 WL 1945144, at *5 (citations omitted).

Based upon a review of the parties' settlement agreement, and in light of the parties' motion practice related to conditional certification, class certification, and summary judgment in this matter, the Court finds that the settlement is a result of contested litigation to resolve a bona fide dispute.  The Court further finds that the settlement reflects a reasonable compromise over contested issues under the FLSA, including but not limited to whether Defendant properly classified Plaintiffs as exempt and Defendant's good faith defense.  Accordingly, the Court approves the parties' settlement of the named and opt-in Plaintiffs' FLSA claims.

## II.    Preliminary Approval of Ohio Rule 23 Class Settlement

Based upon a review of the parties' settlement agreement, the Court further finds that the Parties' Settlement Agreement is preliminarily approved as fair, reasonable and adequate.  The

Court confirms its prior Order certifying a class of all individuals who worked as Mortgage Loan Officers for Defendant Fifth Third Bank in the State of Ohio at any time between February 11, 2009 and January 3, 2011, appointing Nichols Kaster, PLLP as Class Counsel, and appointing Plaintiffs Dustin Swigart and Sonia Schultz as Class Representatives. <u>Swigart v. Fifth Third Bank</u>, 288 F.R.D. 177 (S.D. Ohio 2012).  For all the reasons stated therein, the Ohio Rule 23 Class satisfies the numerosity, typicality, and adequacy of representation requirements of Rule 23(a), as well as the predominance and superiority requirements of Rule 23(b)(3).

The Court further approves of the parties' proposed Notice Regarding Pendency of Class Action, including all exhibits, and Orders the parties and the Claims Administrator to send notice no later than 21 days from the date of this Order and in all other respects pursuant to the terms of the parties' Settlement Agreement.  The Court will conduct a Final Approval Hearing on _____, 201_, at ____ a.m./p.m. to determine the overall fairness of the settlement and to fix the amount of attorneys' fees and costs to Class Counsel and service awards to the Class Representatives.  The Final Approval Hearing may be continued without further notice to Class Members.  Class Counsel shall file their motion for Final Settlement Approval and their Petition for Attorneys' Fees, Costs, and Service Awards to the Class Representatives on or before [Date Two Weeks Prior to Fairness Hearing].

## III.    <u>Ineligible Opt-In Plaintiffs</u>

Finally, the Court concludes, consistent with the parties' agreement, that the following individuals who opted-in to this action are not eligible to participate in the settlement because they did not work as MLOs for Defendant within three years of the date their consent form was filed with this Court, or because they did not work for Defendant in the MLO position during the relevant period, or did work as a MLO for Defendant before January 3, 2011: Ty Alday, Kevin

Baustian, Kevin Brant, Mickey Campbell, Jeffrey Crockett, Felicia Greene, Darryl Grier,

Matthew Harris, John Hildebolt, Delone Jones, Andrew Lusk, Justin Lynott, Jeffrey

McDermand, Jerry Middleton, Shawn Minor, Rebecca Mitchell, Blanca Morey, Carrie Mudd,

Wanda Negrin, Cindy Polverino, Jonathan Prieskorn, Keri Abed, Rita Cordova, Shane

Desimone, Domenick Digaetani, Sandra Gardner, Stephen Jeselnik, Brian Landis, Timothy

Lernihan, Mary Murphree, Richard Trew, Rosalba Verdin, Tamara Von Waldner, and Lance

Worrell.  Their claims in this case will be dismissed without prejudice upon the Court's entry of

an order granting final settlement approval.

BY THE COURT,

_____
The Honorable Timothy S. Black
U.S. District Court Judge

# EXHIBIT D

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| DUSTIN SWIGART and SONIA SCHULTZ, on behalf of themselves and others similarly situated, | : : : : | Case No. 1:11-cv-00088 |
| | | Judge Timothy S. Black |
| Plaintiffs, | : : | |
| v. | : : | |
| FIFTH THIRD BANK, | : : | |
| Defendant. | : | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS'
## UNOPPOSED MOTION FOR FINAL SETTLEMENT APPROVAL

On February 11, 2011, Named Plaintiffs Dustin Swigart and Sonia Schultz filed this lawsuit against Defendant on behalf of themselves and all other similarly situated Mortgage Loan Officers ("MLOs") to recover overtime pay that they alleged Defendant withheld in violation of the FLSA and Ohio Wage Act. On August 31, 2011, the Court granted Plaintiffs' motion for Conditional Certification and Judicial Notice. See Swigart v. Fifth Third Bank, 2011 WL 10004934 (S.D. Ohio Aug. 31, 2011). Including the two named Plaintiffs, 361 individuals returned signed consent forms, which Plaintiffs' Counsel filed with the Court.

Defendant filed a motion for partial summary judgment on July 18, 2011, arguing that when it classified the MLOs as exempt, it relied in good faith on a series of relevant regulatory pronouncements of the DOL, including 2004 revisions to the "white-collar" exemption regulations, and an Opinion Letter issued by the DOL on September 8, 2006, as well as the advice of counsel regarding its evaluation of the MLO position and interpretation of the relevant DOL regulations. Defendant further argued that as a legal consequence of its good-faith reliance on the DOL's regulatory pronouncements and the advice of outside counsel, Plaintiffs could not

1

recover for any claim to overtime compensation under the FLSA after September 8, 2006 pursuant to 29 U.S.C. § 259.  On May 7, 2012, the Court denied Defendant's motion holding that "genuine issues of material fact exist as to whether Defendant relied on and conformed to the 2006 Opinion Letter."  Swigart v. Fifth Third Bank, 870 F. Supp. 2d 500, 510 (S.D. Ohio 2012).

On December 28, 2012, the Court granted Plaintiffs' motion for Rule 23 certification of their Ohio Wage Act claims, certifying a class of all persons who worked for Defendant as MLOs in the state of Ohio and were classified as exempt from statutory overtime pay requirements at any time between February 11, 2009 and January 3, 2011.  See Swigart v. Fifth Third Bank, 288 F.R.D. 177 (S.D. Ohio 2012).  In its Order, the Court held that the class satisfied the requirements OF Rule 23(a) (numerosity, commonality, typicality, and adequacy of representatives) and the requirements of Rule 23(b)(3) (predominance and superiority).  The Court appointed Plaintiffs' Counsel, Nichols Kaster, PLLP, as Class Counsel and the two named Plaintiffs as Class Representatives.  Notice was issued to the class and nine individuals returned opt-out forms.  Excluding any of the FLSA opt-in Plaintiffs and the nine MLOs who opted-out, there are 215 Ohio Rule 23 Class Members.

After participating in two mediation sessions with an experienced mediator in August 2012 and May 2013, the parties reached an agreement to resolve this case.  The terms of that agreement are memorialized in the parties' Settlement Agreement.  Without conceding the validity of Plaintiffs' claims and without admitting liability, Defendant agreed to create a Settlement Fund of $4,000,000 to resolve the litigation.

On _____, 2014, the Court granted Plaintiffs' Unopposed Motion for Approval of Section 216(b) Settlement and for Preliminary Approval of Ohio Rule 23 Class Settlement ("Preliminary Approval Order").  The Preliminary Approval Order (1) approved of the parties'

FLSA settlement; (2) confirmed the Court's prior certification of the Ohio Rule 23 Class, the appointment of Nichols Kaster, PLLP as Class Counsel and the two named Plaintiffs as Class Representatives; (3) approved of the parties' proposed settlement notice; (4) approved of the parties' proposed class action settlement procedure; and (5) scheduled a fairness hearing after the close of the settlement notice period.

Following the Court's Preliminary Approval Order, the parties' Settlement Administrator sent the Court-approved notice to the 327 eligible FLSA Class Members and the 193 Ohio Rule 23 Class Members on _____, 201_. The Notice stated the total amount of the settlement, their right to reject, request exclusion from, or to object to the settlement. It further stated Class Counsel's intention to seek attorneys' fees in the amount of 33% of the total settlement amount. No FLSA Class Member rejected the settlement and no Ohio Rule 23 Class Members opted-out or objected.

On _____ 201_, Plaintiffs filed their Motion for Final Settlement Approval and petition for Attorneys' Fees, Costs, and Class Representative Awards. Defendant did not oppose either motion. The Court held a fairness hearing on _____ 201_.

Having considered the Motion for Final Approval, the Petition for Attorneys' Fees, Costs, and Class Representative Awards, the supporting memoranda, and the complete record in this matter, and for good cause shown, the Court Orders:

1.      The Court hereby grants the Motion for Final Approval and finally approves the settlement as set forth in the Settlement Agreement under Rule 23 and the FLSA. The Court, for purposes of this Order, adopts all defined terms set forth in the Settlement Agreement. The Court finds that the settlement is fair, reasonable, adequate, and not a product of collusion. See Fed. R. Civ. P. 23(e); Kritzer v. Safelite Solutions, LLC, 2012 WL 1945144, at *6 (S.D. Ohio

May 30, 2012) (citation omitted).  The Court finds that this action satisfies the requirements of Rule 23 for settlement purposes only and further finds that the Classes have at all times been adequately represented by the Class Representatives and Class Counsel.  The Notice approved by the Court was provided by First Class direct mail to the last-known address of each of the individuals identified as Class Members.  In addition, follow-up efforts were made to send the Notice to those individuals whose original notices were returned as undeliverable.  The Notice adequately described all of the relevant and necessary parts of the proposed Settlement, the request for incentive payments to the Named Plaintiffs, and Class Counsel's motion for an award of attorneys' fees and costs.  The Court finds that the Notice given to the Class fully complied with Rule 23, was the best notice practicable, satisfied all constitutional due process concerns, and provides the Court with jurisdiction over the Class Members.  The Court has concluded that the Settlement, as set forth in the Settlement Agreement executed by the parties, is fair, reasonable, and adequate under state and federal laws, including the Fair Labor Standards Act, 29 U.S.C. § 201 *et. seq.*  The Court finds that the uncertainty and delay of further litigation strongly supports the reasonableness and adequacy of the $4,000,000 Settlement Amount established pursuant to the Settlement Agreement.

2.      Any unclaimed funds that remain under the terms of the parties' Settlement Agreement shall be distributed to the following cy pres beneficiar(ies) designated by the parties and approved by the Court: _____.

3.      The Settlement is HEREBY APPROVED in its entirety.

4.      The Settlement Fund shall be dispersed in accordance with the Settlement Agreement as detailed in Plaintiffs' Unopposed Motion for Final Settlement Approval.

5. Pursuant to the Settlement Agreement, the Court approves awards in the amount of $10,000 each to Class Representatives Dustin Swigart and Sonia Schultz.

6. Plaintiffs' application for attorneys' fees in the amount of $_____ and litigation expenses and costs in the amount of $_____, is hereby granted.

7. The claims of the following individuals who opted-in to this action but whom are not eligible to participate in the settlement as explained in the Court's Preliminary Approval Order are dismissed without prejudice: Ty Alday, Kevin Baustian, Kevin Brant, Mickey Campbell, Jeffrey Crockett, Felicia Greene, Darryl Grier, Matthew Harris, John Hildebolt, Delone Jones, Andrew Lusk, Justin Lynott, Jeffrey McDermand, Jerry Middleton, Shawn Minor, Rebecca Mitchell, Blanca Morey, Carrie Mudd, Wanda Negrin, Cindy Polverino, Jonathan Prieskorn, Keri Abed, Rita Cordova, Shane Desimone, Domenick Digaetani, Sandra Gardner; Stephen Jeselnik, Brian Landis, Timothy Lernihan, Mary Murphree, Richard Trew, Rosalba Verdin, Tamara Von Waldner, and Lance Worrell.

8. As provided in the Settlement Agreement, all Ohio Rule 23 Class Members who did not opt out of the Settlement have released all Ohio Rule 23 Released Claims against the Defendant Releasees as defined in the Settlement Agreement.

9. As provided in the Settlement Agreement, all Participating Claimants who properly and timely submitted Consent to Join Settlement Forms have released all Ohio Rule 23 Released Claims and all Section 216(b) Released Claims against the Defendant Releasees as defined in the Settlement Agreement.

10. This case is hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs, except as set forth herein, and with this Court retaining exclusive

jurisdiction to enforce the Stipulation and Settlement Agreement, including over disbursement of the Settlement Amount.

11. The Court hereby enters Judgment approving the terms of the Settlement. This Order shall constitute a Final Judgment for purposes of Fed. R. Civ. P. 58.

BY THE COURT,

_____
The Honorable Timothy S. Black
U.S. District Court Judge

# EXHIBIT E

| No. | Employee ID | First Name | Last Name | Backpay | Liquidated Damages | Settlement Allocation | Class Representative Award | Total Settlement Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | 18005 | David | Ackermann | $351.85 | $351.84 | $703.69 | | $703.69 |
| 2 | 986592 | Robert | Ahlfeld | $5,990.69 | $5,990.68 | $11,981.37 | | $11,981.37 |
| 3 | 20738 | Toufiq | Ahmed | $9,930.11 | $9,930.10 | $19,860.21 | | $19,860.21 |
| 4 | 850742 | Linda | Aivalotis | $2,038.04 | $2,038.03 | $4,076.07 | | $4,076.07 |
| 5 | 990634 | Phillip | Aldrete | $4,201.85 | $4,201.84 | $8,403.69 | | $8,403.69 |
| 6 | 996538 | Dan | Alerte | $638.28 | $638.27 | $1,276.55 | | $1,276.55 |
| 7 | 991184 | Mark | Alexander | $2,368.17 | $2,368.17 | $4,736.34 | | $4,736.34 |
| 8 | 930596 | Robert | Andrews | $250.00 | $250.00 | $500.00 | | $500.00 |
| 9 | 995423 | Charles | Anway | $2,594.41 | $2,594.41 | $5,188.82 | | $5,188.82 |
| 10 | 997370 | Luis | Aparicio | $2,050.56 | $2,050.55 | $4,101.11 | | $4,101.11 |
| 11 | 988046 | Ricardo | Arambula | $1,980.37 | $1,980.37 | $3,960.74 | | $3,960.74 |
| 12 | 20967 | Karen | Armstrong | $1,410.57 | $1,410.57 | $2,821.14 | | $2,821.14 |
| 13 | 23680 | James | Artwell | $3,408.71 | $3,408.70 | $6,817.41 | | $6,817.41 |
| 14 | 264065 | Daniel | Autenrieb | $3,462.39 | $3,462.39 | $6,924.78 | | $6,924.78 |
| 15 | 987606 | Christopher | Bailey | $777.67 | $777.67 | $1,555.34 | | $1,555.34 |
| 16 | 992977 | Richard | Bailey | $1,621.16 | $1,621.15 | $3,242.31 | | $3,242.31 |
| 17 | 24442 | Kathy | Ballard | $7,022.46 | $7,022.45 | $14,044.91 | | $14,044.91 |
| 18 | 987169 | Charles "Lee" | Barroll | $1,664.85 | $1,664.85 | $3,329.70 | | $3,329.70 |
| 19 | 990035 | Eric | Bastian | $4,866.72 | $4,866.71 | $9,733.43 | | $9,733.43 |
| 20 | 14322 | Nathan | Bay | $250.00 | $250.00 | $500.00 | | $500.00 |
| 21 | 930707 | Ronald | Bayless | $540.94 | $540.94 | $1,081.88 | | $1,081.88 |
| 22 | 994551 | Michael | Becton | $2,183.63 | $2,183.62 | $4,367.25 | | $4,367.25 |
| 23 | 997605 | Mauricio | Benavente | $631.11 | $631.11 | $1,262.22 | | $1,262.22 |
| 24 | 195418 | John | Berghorst | $6,108.59 | $6,108.58 | $12,217.17 | | $12,217.17 |
| 25 | 931453 | Angelo | Bermudez | $297.51 | $297.51 | $595.02 | | $595.02 |
| 26 | 991573 | William | Bertram | $2,725.62 | $2,725.62 | $5,451.24 | | $5,451.24 |
| 27 | 311861 | Karen | Beyer | $7,163.53 | $7,163.52 | $14,327.05 | | $14,327.05 |
| 28 | 997213 | Melissa | Binns | $250.00 | $250.00 | $500.00 | | $500.00 |
| 29 | 11941 | Carl | Boersen | $5,195.69 | $5,195.69 | $10,391.38 | | $10,391.38 |
| 30 | 12487 | Stephen | Bogle | $973.84 | $973.84 | $1,947.68 | | $1,947.68 |
| 31 | 989773 | Jerold | Borman | $606.94 | $606.93 | $1,213.87 | | $1,213.87 |

| 32 | 23705 | David | Borys | $1,350.64 | $1,350.64 | $2,701.28 | | $2,701.28 |
|---|---|---|---|---|---|---|---|---|
| 33 | 991335 | Gary | Brandenburg | $3,457.76 | $3,457.75 | $6,915.51 | | $6,915.51 |
| 34 | 299700 | Phillip | Brechting | $3,599.55 | $3,599.54 | $7,199.09 | | $7,199.09 |
| 35 | 21638 | Patricia | Brown | $2,473.58 | $2,473.58 | $4,947.16 | | $4,947.16 |
| 36 | 994485 | Christopher | Brunton | $2,712.13 | $2,712.13 | $5,424.26 | | $5,424.26 |
| 37 | 990931 | Reed | Brunzell | $5,218.66 | $5,218.66 | $10,437.32 | | $10,437.32 |
| 38 | 986871 | Paul | Burch | $468.76 | $468.76 | $937.52 | | $937.52 |
| 39 | 20937 | Robert | Burke | $1,940.43 | $1,940.42 | $3,880.85 | | $3,880.85 |
| 40 | 996284 | Chris | Caldwell | $950.35 | $950.34 | $1,900.69 | | $1,900.69 |
| 41 | 24392 | Rosie | Cano-Hurtado | $365.60 | $365.59 | $731.19 | | $731.19 |
| 42 | 24438 | Leah | Carroll (Morgan) | $4,290.75 | $4,290.74 | $8,581.49 | | $8,581.49 |
| 43 | 195864 | Daniel | Carter | $2,360.18 | $2,360.17 | $4,720.35 | | $4,720.35 |
| 44 | 18174 | Patricia | Cary | $7,640.94 | $7,640.94 | $15,281.88 | | $15,281.88 |
| 45 | 931291 | Diane | Castaldi | $250.00 | $250.00 | $500.00 | | $500.00 |
| 46 | 22255 | Michele | Cermak | $2,678.18 | $2,678.18 | $5,356.36 | | $5,356.36 |
| 47 | 998982 | Jonathan | Cherry | $250.00 | $250.00 | $500.00 | | $500.00 |
| 48 | 996414 | Matthew | Clark | $1,015.26 | $1,015.25 | $2,030.51 | | $2,030.51 |
| 49 | 989934 | Anthony | Clevenger | $778.64 | $778.64 | $1,557.28 | | $1,557.28 |
| 50 | 996594 | Jerome | Cobbe | $250.00 | $250.00 | $500.00 | | $500.00 |
| 51 | 996320 | Darren | Cochran | $482.37 | $482.37 | $964.74 | | $964.74 |
| 52 | 989983 | Debra | Cochran | $3,140.76 | $3,140.76 | $6,281.52 | | $6,281.52 |
| 53 | 989948 | Andrea | Cohen | $2,986.99 | $2,986.98 | $5,973.97 | | $5,973.97 |
| 54 | 773652 | Jennifer | Cohn | $6,359.45 | $6,359.44 | $12,718.89 | | $12,718.89 |
| 55 | 990570 | Lisa | Coker | $2,940.81 | $2,940.80 | $5,881.61 | | $5,881.61 |
| 56 | 146923 | Raymond | Conley | $1,178.79 | $1,178.78 | $2,357.57 | | $2,357.57 |
| 57 | 997796 | Claude | Connor | $1,207.91 | $1,207.91 | $2,415.82 | | $2,415.82 |
| 58 | 21463 | Tom | Conway | $11,447.32 | $11,447.31 | $22,894.63 | | $22,894.63 |
| 59 | 513164 | Kim | Cook | $7,973.98 | $7,973.98 | $15,947.96 | | $15,947.96 |
| 60 | 357861 | Timothy | Craft | $5,379.12 | $5,379.12 | $10,758.24 | | $10,758.24 |
| 61 | 113031 | Adrienne | Crawford | $4,873.02 | $4,873.02 | $9,746.04 | | $9,746.04 |
| 62 | 25365 | Vicki | Cross | $250.00 | $250.00 | $500.00 | | $500.00 |
| 63 | 930883 | Steven | Crupper | $808.86 | $808.85 | $1,617.71 | | $1,617.71 |
| 64 | 16175 | Sherry | Cuccinelli | $792.45 | $792.45 | $1,584.90 | | $1,584.90 |
| 65 | 22540 | Yvonne | Cummings | $250.00 | $250.00 | $500.00 | | $500.00 |

| 66 | 984975 | Cameron | Cunningham | $2,900.04 | $2,900.04 | $5,800.08 | | $5,800.08 |
|----|--------|---------|------------|-----------|-----------|-----------|--|-----------|
| 67 | 514069 | Douglas | Cupp | $2,159.62 | $2,159.61 | $4,319.23 | | $4,319.23 |
| 68 | 16578 | Charles | Cybulski | $3,348.44 | $3,348.44 | $6,696.88 | | $6,696.88 |
| 69 | 995018 | Stephen | Daniel | $625.70 | $625.70 | $1,251.40 | | $1,251.40 |
| 70 | 989263 | Christopher | Davis | $3,871.10 | $3,871.10 | $7,742.20 | | $7,742.20 |
| 71 | 991637 | Susan | Davis | $1,179.08 | $1,179.08 | $2,358.16 | | $2,358.16 |
| 72 | 7812 | Michelle | Degroote | $3,624.00 | $3,623.99 | $7,247.99 | | $7,247.99 |
| 73 | 997445 | Sabrina | Deramus | $656.02 | $656.02 | $1,312.04 | | $1,312.04 |
| 74 | 386898 | Bruce | Derby | $3,238.64 | $3,238.64 | $6,477.28 | | $6,477.28 |
| 75 | 930562 | Ben | Diaz | $534.70 | $534.69 | $1,069.39 | | $1,069.39 |
| 76 | 992983 | George | Dietrich | $4,140.77 | $4,140.77 | $8,281.54 | | $8,281.54 |
| 77 | 996590 | Paul | Digirolamo | $856.67 | $856.67 | $1,713.34 | | $1,713.34 |
| 78 | 988875 | Amelia | Doll | $5,232.25 | $5,232.25 | $10,464.50 | | $10,464.50 |
| 79 | 11656 | Cheryl | Ebert | $3,130.14 | $3,130.14 | $6,260.28 | | $6,260.28 |
| 80 | 513744 | Travis | Edwards | $4,660.75 | $4,660.75 | $9,321.50 | | $9,321.50 |
| 81 | 995880 | David | Elster | $1,016.99 | $1,016.98 | $2,033.97 | | $2,033.97 |
| 82 | 1844 | Jamie | Engstrom | $2,411.58 | $2,411.58 | $4,823.16 | | $4,823.16 |
| 83 | 121320 | Kathy | Eriks | $5,027.11 | $5,027.11 | $10,054.22 | | $10,054.22 |
| 84 | 998642 | Jonathan | Evans | $1,414.79 | $1,414.79 | $2,829.58 | | $2,829.58 |
| 85 | 994295 | Mark | Fairbanks | $669.31 | $669.31 | $1,338.62 | | $1,338.62 |
| 86 | 998799 | Joseph | Fanara | $1,329.47 | $1,329.46 | $2,658.93 | | $2,658.93 |
| 87 | 91 | Karyn | Fish | $319.73 | $319.73 | $639.46 | | $639.46 |
| 88 | 26150 | Charles | Fleming | $277.33 | $277.32 | $554.65 | | $554.65 |
| 89 | 24384 | Gregory | Flores | $5,071.50 | $5,071.49 | $10,142.99 | | $10,142.99 |
| 90 | 989543 | Jorge | Flores | $2,068.70 | $2,068.69 | $4,137.39 | | $4,137.39 |
| 91 | 21291 | David | Fry | $5,805.53 | $5,805.53 | $11,611.06 | | $11,611.06 |
| 92 | 991214 | Karen | Frye | $1,840.14 | $1,840.13 | $3,680.27 | | $3,680.27 |
| 93 | 193834 | Nancy | Fuston | $5,784.24 | $5,784.24 | $11,568.48 | | $11,568.48 |
| 94 | 412013 | Susan | Galbreath | $5,466.94 | $5,466.94 | $10,933.88 | | $10,933.88 |
| 95 | 988471 | Connie | Gallegos | $4,229.49 | $4,229.48 | $8,458.97 | | $8,458.97 |
| 96 | 16375 | Ray | Gantt | $680.49 | $680.48 | $1,360.97 | | $1,360.97 |
| 97 | 987128 | Patrick | Garrett | $281.05 | $281.05 | $562.10 | | $562.10 |
| 98 | 989270 | James | Garrison | $658.19 | $658.19 | $1,316.38 | | $1,316.38 |
| 99 | 991531 | Jodi | Getz | $1,277.07 | $1,277.07 | $2,554.14 | | $2,554.14 |

| 100 | 17649 | Tom | Giusti | $250.00 | $250.00 | $500.00 | | $500.00 |
|-----|--------|-----------|------------|-----------|-----------|-------------|--|-------------|
| 101 | 989736 | Patrick | Glanzman | $5,323.94 | $5,323.93 | $10,647.87 | | $10,647.87 |
| 102 | 33638 | Kim | Gordon | $2,626.40 | $2,626.39 | $5,252.79 | | $5,252.79 |
| 103 | 858621 | Robert | Gottschlich | $764.88 | $764.87 | $1,529.75 | | $1,529.75 |
| 104 | 303611 | Aimee | Green | $5,226.65 | $5,226.64 | $10,453.29 | | $10,453.29 |
| 105 | 991565 | David | Greer | $2,041.98 | $2,041.98 | $4,083.96 | | $4,083.96 |
| 106 | 12199 | Stephanie | Griffin | $3,244.06 | $3,244.06 | $6,488.12 | | $6,488.12 |
| 107 | 9062 | James | Griffith | $1,901.47 | $1,901.47 | $3,802.94 | | $3,802.94 |
| 108 | 352161 | Patrick | Grundish | $4,726.05 | $4,726.05 | $9,452.10 | | $9,452.10 |
| 109 | 987327 | Dianna | Haines | $2,626.90 | $2,626.89 | $5,253.79 | | $5,253.79 |
| 110 | 986922 | Gary | Hall | $5,896.12 | $5,896.11 | $11,792.23 | | $11,792.23 |
| 111 | 990748 | Sonya | Hall | $3,593.28 | $3,593.27 | $7,186.55 | | $7,186.55 |
| 112 | 985223 | Linda | Haller | $250.00 | $250.00 | $500.00 | | $500.00 |
| 113 | 996596 | Steven | Hallett | $321.58 | $321.58 | $643.16 | | $643.16 |
| 114 | 24944 | Robert | Hallman | $1,745.17 | $1,745.16 | $3,490.33 | | $3,490.33 |
| 115 | 12148 | Cheryl | Hamilton | $4,926.95 | $4,926.95 | $9,853.90 | | $9,853.90 |
| 116 | 97 | Jami | Hamilton | $4,279.28 | $4,279.27 | $8,558.55 | | $8,558.55 |
| 117 | 993131 | John | Hammons | $1,723.57 | $1,723.56 | $3,447.13 | | $3,447.13 |
| 118 | 989994 | Linda | Hanba | $3,715.21 | $3,715.20 | $7,430.41 | | $7,430.41 |
| 119 | 989081 | Matthew | Harma | $2,921.15 | $2,921.15 | $5,842.30 | | $5,842.30 |
| 120 | 997299 | Judy | Hartz | $1,112.95 | $1,112.95 | $2,225.90 | | $2,225.90 |
| 121 | 997272 | Jeff | Hatch | $1,553.59 | $1,553.59 | $3,107.18 | | $3,107.18 |
| 122 | 992538 | Marcus | Haulenbeek | $6,455.59 | $6,455.59 | $12,911.18 | | $12,911.18 |
| 123 | 989854 | Dianna | Hay | $1,568.82 | $1,568.82 | $3,137.64 | | $3,137.64 |
| 124 | 127781 | Jack | Hayzlett | $3,611.45 | $3,611.45 | $7,222.90 | | $7,222.90 |
| 125 | 512996 | Charles | Heinbach | $7,566.32 | $7,566.31 | $15,132.63 | | $15,132.63 |
| 126 | 2890 | Ceola | Helm | $919.60 | $919.59 | $1,839.19 | | $1,839.19 |
| 127 | 986136 | Robert | Henery | $4,744.65 | $4,744.65 | $9,489.30 | | $9,489.30 |
| 128 | 26267 | Emily | Henson | $250.00 | $250.00 | $500.00 | | $500.00 |
| 129 | 997567 | Alyssa | Hicks | $250.00 | $250.00 | $500.00 | | $500.00 |
| 130 | 990417 | Joseph | Hill | $2,192.53 | $2,192.53 | $4,385.06 | | $4,385.06 |
| 131 | 20210 | Deborah | Hodge | $6,579.58 | $6,579.57 | $13,159.15 | | $13,159.15 |
| 132 | 985370 | Suzanne | Hogge | $815.16 | $815.16 | $1,630.32 | | $1,630.32 |
| 133 | 997283 | Mark | Hood | $1,262.82 | $1,262.82 | $2,525.64 | | $2,525.64 |

| 134 | 987201 | Michael | Hopson | $394.76 | $394.75 | $789.51 | | $789.51 |
|---|---|---|---|---|---|---|---|---|
| 135 | 20969 | Mark | Huddleson | $1,976.42 | $1,976.41 | $3,952.83 | | $3,952.83 |
| 136 | 990660 | Paige | Hughes | $2,058.57 | $2,058.57 | $4,117.14 | | $4,117.14 |
| 137 | 8026 | Robyn | Hughes | $3,158.69 | $3,158.69 | $6,317.38 | | $6,317.38 |
| 138 | 992885 | Kenra | Humble | $1,007.42 | $1,007.41 | $2,014.83 | | $2,014.83 |
| 139 | 25049 | James | Hunter | $2,071.83 | $2,071.82 | $4,143.65 | | $4,143.65 |
| 140 | 17923 | Sharon | Hurd | $2,445.04 | $2,445.03 | $4,890.07 | | $4,890.07 |
| 141 | 997463 | Patrick | Hurley | $250.00 | $250.00 | $500.00 | | $500.00 |
| 142 | 25791 | Deborah | Hyde | $3,542.08 | $3,542.08 | $7,084.16 | | $7,084.16 |
| 143 | 996161 | John | Imburgia | $337.66 | $337.65 | $675.31 | | $675.31 |
| 144 | 931450 | Joseph | Jimenez | $1,781.05 | $1,781.04 | $3,562.09 | | $3,562.09 |
| 145 | 990437 | Cedric | Johnson | $2,802.35 | $2,802.34 | $5,604.69 | | $5,604.69 |
| 146 | 996048 | David | Johnson | $972.72 | $972.72 | $1,945.44 | | $1,945.44 |
| 147 | 513890 | Gregory | Johnson | $4,545.40 | $4,545.39 | $9,090.79 | | $9,090.79 |
| 148 | 997468 | Mark | Johnson | $847.94 | $847.94 | $1,695.88 | | $1,695.88 |
| 149 | 351943 | Maurice | Johnson | $2,118.28 | $2,118.27 | $4,236.55 | | $4,236.55 |
| 150 | 991239 | Scott | Johnson | $1,670.30 | $1,670.29 | $3,340.59 | | $3,340.59 |
| 151 | 998021 | Bradley | Jones | $789.37 | $789.37 | $1,578.74 | | $1,578.74 |
| 152 | 23185 | Crystal | Joseph | $2,510.48 | $2,510.47 | $5,020.95 | | $5,020.95 |
| 153 | 25989 | Robert | Judd | $290.25 | $290.25 | $580.50 | | $580.50 |
| 154 | 995752 | Robert | Kach | $1,550.75 | $1,550.74 | $3,101.49 | | $3,101.49 |
| 155 | 11305 | Julie | Kelly-Jones | $4,951.10 | $4,951.10 | $9,902.20 | | $9,902.20 |
| 156 | 994402 | Erin | King | $636.21 | $636.21 | $1,272.41 | | $1,272.41 |
| 157 | 989497 | Tammi | Kopec | $369.43 | $369.43 | $738.86 | | $738.86 |
| 158 | 989552 | Randy | Kopf | $250.00 | $250.00 | $500.00 | | $500.00 |
| 159 | 22010 | Richard | Kopystynsky | $250.00 | $250.00 | $500.00 | | $500.00 |
| 160 | 990762 | Arnold | Kotowsky | $4,855.42 | $4,855.41 | $9,710.83 | | $9,710.83 |
| 161 | 13342 | Sharlene | LaClair-Chick | $864.95 | $864.94 | $1,729.89 | | $1,729.89 |
| 162 | 998465 | Paul | Lang | $250.00 | $250.00 | $500.00 | | $500.00 |
| 163 | 988791 | Leo | Lara | $250.00 | $250.00 | $500.00 | | $500.00 |
| 164 | 991216 | John | Lasch | $2,282.18 | $2,282.17 | $4,564.35 | | $4,564.35 |
| 165 | 993745 | Lynda | Lawless | $1,053.18 | $1,053.17 | $2,106.35 | | $2,106.35 |
| 166 | 991526 | Kimberly | Lawrence | $1,662.47 | $1,662.47 | $3,324.94 | | $3,324.94 |
| 167 | 2343 | Glenn | Lay Jr | $2,616.76 | $2,616.75 | $5,233.51 | | $5,233.51 |

| 168 | 984744 | Christina | Ledesma | $1,895.36 | $1,895.35 | $3,790.71 | | $3,790.71 |
|---|---|---|---|---|---|---|---|---|
| 169 | 17803 | Richard | Lenzer | $1,552.46 | $1,552.46 | $3,104.92 | | $3,104.92 |
| 170 | 17066 | Christine | Leopard | $2,708.58 | $2,708.58 | $5,417.16 | | $5,417.16 |
| 171 | 997801 | Nancy | Levine | $250.00 | $250.00 | $500.00 | | $500.00 |
| 172 | 985841 | Bruce | Lively | $2,785.12 | $2,785.12 | $5,570.24 | | $5,570.24 |
| 173 | 7446 | Annette | Lovelady | $6,723.89 | $6,723.88 | $13,447.77 | | $13,447.77 |
| 174 | 25702 | Jean | Lovergine | $9,223.08 | $9,223.08 | $18,446.16 | | $18,446.16 |
| 175 | 514019 | Gloria | Lozano | $250.00 | $250.00 | $500.00 | | $500.00 |
| 176 | 931505 | Neri | Lugo | $836.11 | $836.10 | $1,672.21 | | $1,672.21 |
| 177 | 988414 | Salvatore | Magnetico | $3,907.47 | $3,907.46 | $7,814.93 | | $7,814.93 |
| 178 | 990278 | Timothy | Malpassi | $2,966.79 | $2,966.78 | $5,933.57 | | $5,933.57 |
| 179 | 997654 | Danielle | Mann | $949.95 | $949.95 | $1,899.90 | | $1,899.90 |
| 180 | 19934 | Paul | Marchio | $2,446.46 | $2,446.45 | $4,892.91 | | $4,892.91 |
| 181 | 996568 | David | Matters | $897.59 | $897.58 | $1,795.17 | | $1,795.17 |
| 182 | 119319 | Nick | Maxwell | $10,388.29 | $10,388.28 | $20,776.57 | | $20,776.57 |
| 183 | 997309 | Edward | Mcclendon | $927.19 | $927.19 | $1,854.38 | | $1,854.38 |
| 184 | 75686 | Robert | Mckearin | $3,394.10 | $3,394.09 | $6,788.19 | | $6,788.19 |
| 185 | 25229 | Lee | Mclaughlin | $528.78 | $528.77 | $1,057.55 | | $1,057.55 |
| 186 | 25235 | Troy | Mcmahan | $3,387.14 | $3,387.13 | $6,774.27 | | $6,774.27 |
| 187 | 932277 | Sean | Mcmanamon | $250.00 | $250.00 | $500.00 | | $500.00 |
| 188 | 991078 | Thomas | McNamara | $1,533.40 | $1,533.39 | $3,066.79 | | $3,066.79 |
| 189 | 385262 | Kevin | Meier | $2,195.02 | $2,195.01 | $4,390.03 | | $4,390.03 |
| 190 | 194521 | Richard | Meisinger | $5,870.86 | $5,870.86 | $11,741.72 | | $11,741.72 |
| 191 | 998430 | Laurence | Metzler | $639.24 | $639.23 | $1,278.47 | | $1,278.47 |
| 192 | 25665 | Greg | Miller | $250.00 | $250.00 | $500.00 | | $500.00 |
| 193 | 995609 | Bruce | Million | $2,076.96 | $2,076.95 | $4,153.91 | | $4,153.91 |
| 194 | 932079 | S. Kyle | Mitter | $1,274.35 | $1,274.35 | $2,548.70 | | $2,548.70 |
| 195 | 193721 | Mark | Mohr | $7,021.56 | $7,021.55 | $14,043.11 | | $14,043.11 |
| 196 | 5417 | Heather | Montgomery | $6,638.03 | $6,638.02 | $13,276.05 | | $13,276.05 |
| 197 | 990015 | Angelo | Mora | $653.75 | $653.74 | $1,307.49 | | $1,307.49 |
| 198 | 931142 | Israel | Morales | $250.00 | $250.00 | $500.00 | | $500.00 |
| 199 | 988775 | Ramon | Moreno | $4,551.12 | $4,551.11 | $9,102.23 | | $9,102.23 |
| 200 | 990847 | Michael | Mullen | $4,634.68 | $4,634.67 | $9,269.35 | | $9,269.35 |
| 201 | 17552 | Myron | Murphy | $4,057.09 | $4,057.08 | $8,114.17 | | $8,114.17 |

| 202 | 196672 | Dianne | Nance | $2,397.68 | $2,397.67 | $4,795.35 | | $4,795.35 |
|---|---|---|---|---|---|---|---|---|
| 203 | 22553 | Richard | Nicholls | $1,665.51 | $1,665.51 | $3,331.02 | | $3,331.02 |
| 204 | 996889 | John | Noh | $356.21 | $356.20 | $712.41 | | $712.41 |
| 205 | 997744 | Daniel | Nolan | $250.00 | $250.00 | $500.00 | | $500.00 |
| 206 | 996636 | Christopher | Norris | $2,018.63 | $2,018.62 | $4,037.25 | | $4,037.25 |
| 207 | 86609 | Monica | Notestine | $2,861.30 | $2,861.29 | $5,722.59 | | $5,722.59 |
| 208 | 991998 | Susan | Novak | $2,464.10 | $2,464.10 | $4,928.20 | | $4,928.20 |
| 209 | 991524 | Glendon | Oates | $2,628.12 | $2,628.11 | $5,256.23 | | $5,256.23 |
| 210 | 990871 | Christopher | Obrycki | $2,016.97 | $2,016.96 | $4,033.93 | | $4,033.93 |
| 211 | 992242 | Mark | Olsen | $1,830.14 | $1,830.13 | $3,660.27 | | $3,660.27 |
| 212 | 363610 | James | Osborn | $2,570.59 | $2,570.59 | $5,141.18 | | $5,141.18 |
| 213 | 995794 | Maureen | O'Toole | $250.00 | $250.00 | $500.00 | | $500.00 |
| 214 | 194554 | Gary | Owen | $5,612.05 | $5,612.04 | $11,224.09 | | $11,224.09 |
| 215 | 998522 | Jonathan | Padial | $1,140.08 | $1,140.07 | $2,280.15 | | $2,280.15 |
| 216 | 991365 | Robin | Palmer | $4,117.68 | $4,117.67 | $8,235.35 | | $8,235.35 |
| 217 | 991289 | Maciej ("Mike | Panczyk | $3,997.37 | $3,997.36 | $7,994.73 | | $7,994.73 |
| 218 | 998266 | Eduardo | Paras | $1,745.79 | $1,745.79 | $3,491.58 | | $3,491.58 |
| 219 | 991065 | Scot | Pataky | $1,942.99 | $1,942.99 | $3,885.98 | | $3,885.98 |
| 220 | 208101 | Terrie | Pearman | $2,383.66 | $2,383.65 | $4,767.31 | | $4,767.31 |
| 221 | 22128 | Charles | Pearson | $3,014.73 | $3,014.73 | $6,029.46 | | $6,029.46 |
| 222 | 513416 | Jane | Peeler | $304.80 | $304.80 | $609.60 | | $609.60 |
| 223 | 997193 | James | Pesek | $1,524.70 | $1,524.70 | $3,049.40 | | $3,049.40 |
| 224 | 988908 | John | Peters | $1,741.05 | $1,741.05 | $3,482.10 | | $3,482.10 |
| 225 | 195901 | Thomas | Peterson | $1,636.56 | $1,636.55 | $3,273.11 | | $3,273.11 |
| 226 | 985352 | Lance | Petway | $1,530.33 | $1,530.33 | $3,060.66 | | $3,060.66 |
| 227 | 18147 | Amanda | Pietoso | $2,945.19 | $2,945.18 | $5,890.37 | | $5,890.37 |
| 228 | 998250 | Jennifer | Pike | $250.00 | $250.00 | $500.00 | | $500.00 |
| 229 | 986920 | Beverly | Pineault | $382.74 | $382.74 | $765.48 | | $765.48 |
| 230 | 991688 | Michael | Plott | $304.77 | $304.76 | $609.53 | | $609.53 |
| 231 | 931218 | Brian | Porath | $250.00 | $250.00 | $500.00 | | $500.00 |
| 232 | 985646 | Jeffery | Potter | $7,868.14 | $7,868.13 | $15,736.27 | | $15,736.27 |
| 233 | 22709 | Steven | Powell | $2,428.84 | $2,428.84 | $4,857.68 | | $4,857.68 |
| 234 | 993491 | Kelly | Prestly | $1,185.93 | $1,185.93 | $2,371.86 | | $2,371.86 |
| 235 | 7474 | Patricia | Putrino | $1,580.81 | $1,580.81 | $3,161.62 | | $3,161.62 |

| 236 | 987114 | Sonia | Ramirez | $338.37 | $338.36 | $676.73 | | $676.73 |
|---|---|---|---|---|---|---|---|---|
| 237 | 991829 | Patrick | Rath | $1,435.22 | $1,435.22 | $2,870.44 | | $2,870.44 |
| 238 | 20664 | Anindya | Ray | $836.23 | $836.22 | $1,672.45 | | $1,672.45 |
| 239 | 513493 | Dorothy | Raynor | $272.24 | $272.23 | $544.47 | | $544.47 |
| 240 | 148400 | Joan | Rees | $1,838.55 | $1,838.55 | $3,677.10 | | $3,677.10 |
| 241 | 106198 | Sue | Reichard | $12,852.68 | $12,852.68 | $25,705.36 | | $25,705.36 |
| 242 | 996167 | Mark | Reifsnyder | $626.16 | $626.15 | $1,252.31 | | $1,252.31 |
| 243 | 992421 | Jevon | Robertson | $2,095.88 | $2,095.88 | $4,191.76 | | $4,191.76 |
| 244 | 2481 | Rajvalla | Robinson | $3,430.69 | $3,430.69 | $6,861.38 | | $6,861.38 |
| 245 | 23190 | Eloisa | Rodriguez | $4,099.46 | $4,099.45 | $8,198.91 | | $8,198.91 |
| 246 | 988623 | Regina | Rosemire | $1,435.96 | $1,435.95 | $2,871.91 | | $2,871.91 |
| 247 | 989306 | Sherry | Ross | $710.20 | $710.20 | $1,420.40 | | $1,420.40 |
| 248 | 993737 | Everett | Roy | $1,130.72 | $1,130.72 | $2,261.44 | | $2,261.44 |
| 249 | 993866 | Fernando | Rucabado | $2,253.41 | $2,253.40 | $4,506.81 | | $4,506.81 |
| 250 | 23769 | Annita | Rucker | $469.26 | $469.25 | $938.51 | | $938.51 |
| 251 | 837011 | Mark | Russell | $1,529.31 | $1,529.30 | $3,058.61 | | $3,058.61 |
| 252 | 996441 | Sherri | Sampson | $462.33 | $462.32 | $924.65 | | $924.65 |
| 253 | 995933 | Marcelo | Saucedo | $399.44 | $399.43 | $798.87 | | $798.87 |
| 254 | 22674 | Mark | Scheidler | $250.00 | $250.00 | $500.00 | | $500.00 |
| 255 | 197309 | John | Scheppele | $4,965.72 | $4,965.72 | $9,931.44 | | $9,931.44 |
| 256 | 20566 | Teresa | Scherl | $3,357.34 | $3,357.34 | $6,714.68 | | $6,714.68 |
| 257 | 996933 | Robin | Schienle | $887.05 | $887.04 | $1,774.09 | | $1,774.09 |
| 258 | 994437 | Suzanne | Schmitz | $1,747.45 | $1,747.44 | $3,494.89 | | $3,494.89 |
| 259 | 986894 | Lloyd | Schnieders | $1,165.10 | $1,165.09 | $2,330.19 | | $2,330.19 |
| 260 | 356613 | Sonia | Schultz | $10,768.67 | $10,768.67 | $21,537.34 | $10,000.00 | $31,537.34 |
| 261 | 902998 | Joni | Schumann | $3,661.88 | $3,661.87 | $7,323.75 | | $7,323.75 |
| 262 | 931997 | Tanya | Seabrooks | $250.00 | $250.00 | $500.00 | | $500.00 |
| 263 | 195717 | William | Selles | $2,041.90 | $2,041.90 | $4,083.80 | | $4,083.80 |
| 264 | 931723 | Patti | Shaffer | $385.90 | $385.89 | $771.79 | | $771.79 |
| 265 | 991525 | Joanna | Sharp | $2,038.26 | $2,038.26 | $4,076.52 | | $4,076.52 |
| 266 | 20797 | Carolyn | Sheldt | $250.00 | $250.00 | $500.00 | | $500.00 |
| 267 | 988559 | Jennifer | Shepherd | $3,651.70 | $3,651.70 | $7,303.40 | | $7,303.40 |
| 268 | 272735 | William | Shier | $653.53 | $653.53 | $1,307.06 | | $1,307.06 |
| 269 | 991728 | Katherine | Sidler | $3,398.03 | $3,398.03 | $6,796.06 | | $6,796.06 |

| 270 | 514029 | Tonya | Sims | $401.62 | $401.61 | $803.23 | | $803.23 |
| 271 | 987466 | Robert | Slayton | $1,519.01 | $1,519.00 | $3,038.01 | | $3,038.01 |
| 272 | 988671 | Eric | Smith | $2,586.14 | $2,586.14 | $5,172.28 | | $5,172.28 |
| 273 | 989091 | Kevin | Smith | $3,412.74 | $3,412.74 | $6,825.48 | | $6,825.48 |
| 274 | 990508 | Michael | Smith | $3,375.43 | $3,375.43 | $6,750.86 | | $6,750.86 |
| 275 | 992492 | Wendy | Smith | $2,260.41 | $2,260.40 | $4,520.81 | | $4,520.81 |
| 276 | 991487 | Margurite | Soria | $1,532.56 | $1,532.55 | $3,065.11 | | $3,065.11 |
| 277 | 997936 | Gregory | Sorrell | $1,575.36 | $1,575.35 | $3,150.71 | | $3,150.71 |
| 278 | 13994 | Thomas | Sorrentino | $470.25 | $470.24 | $940.49 | | $940.49 |
| 279 | 985783 | Christy | South | $3,342.12 | $3,342.12 | $6,684.24 | | $6,684.24 |
| 280 | 282001 | Melinda | Spieles | $836.22 | $836.21 | $1,672.43 | | $1,672.43 |
| 281 | 997164 | Steven | Staniszewski | $250.00 | $250.00 | $500.00 | | $500.00 |
| 282 | 5374 | Judith | Staropoli | $250.00 | $250.00 | $500.00 | | $500.00 |
| 283 | 108054 | Michelle | Stauffer | $3,714.43 | $3,714.42 | $7,428.85 | | $7,428.85 |
| 284 | 23699 | Denise | Stone | $2,880.30 | $2,880.30 | $5,760.60 | | $5,760.60 |
| 285 | 16604 | Timothy | Strickler | $5,590.26 | $5,590.26 | $11,180.52 | | $11,180.52 |
| 286 | 992110 | Janine | Sullivan | $3,776.70 | $3,776.70 | $7,553.40 | | $7,553.40 |
| 287 | 987166 | John | Sullivan | $4,411.44 | $4,411.43 | $8,822.87 | | $8,822.87 |
| 288 | 16123 | Dustin | Swigart | $8,752.05 | $8,752.04 | $17,504.09 | $10,000.00 | $27,504.09 |
| 289 | 740850 | Douglas | Swinehart | $1,844.06 | $1,844.06 | $3,688.12 | | $3,688.12 |
| 290 | 997228 | Brita | Sype | $1,410.46 | $1,410.45 | $2,820.91 | | $2,820.91 |
| 291 | 197317 | Joseph | Szombati | $5,379.42 | $5,379.42 | $10,758.84 | | $10,758.84 |
| 292 | 12939 | David | Teska | $2,953.47 | $2,953.47 | $5,906.94 | | $5,906.94 |
| 293 | 4235 | Julie | Tompkins | $1,295.86 | $1,295.86 | $2,591.72 | | $2,591.72 |
| 294 | 932811 | Michelle | Torpisch | $250.00 | $250.00 | $500.00 | | $500.00 |
| 295 | 996283 | Nicholas | Tsikretsis | $482.37 | $482.37 | $964.74 | | $964.74 |
| 296 | 25840 | Sheri | Twohig | $819.38 | $819.38 | $1,638.76 | | $1,638.76 |
| 297 | 995605 | Patrick | Tyler | $756.53 | $756.53 | $1,513.06 | | $1,513.06 |
| 298 | 931441 | Scott | Tyler | $250.00 | $250.00 | $500.00 | | $500.00 |
| 299 | 11798 | Tom | Vanderwell | $10,263.01 | $10,263.01 | $20,526.02 | | $20,526.02 |
| 300 | 1936 | Karen | Varner | $2,975.57 | $2,975.57 | $5,951.14 | | $5,951.14 |
| 301 | 989554 | Lorena | Velasquez | $321.29 | $321.28 | $642.57 | | $642.57 |
| 302 | 989244 | Judy | Vermillion | $2,643.59 | $2,643.58 | $5,287.17 | | $5,287.17 |
| 303 | 992218 | Brian | Volz | $3,388.46 | $3,388.45 | $6,776.91 | | $6,776.91 |

| 304 | 77227 | Julie | Vore | $7,105.36 | $7,105.35 | $14,210.71 | | $14,210.71 |
| 305 | 25367 | Joseph | Wallace | $250.00 | $250.00 | $500.00 | | $500.00 |
| 306 | 991449 | Michael | Walters | $3,389.60 | $3,389.60 | $6,779.20 | | $6,779.20 |
| 307 | 15392 | Glenda | Warren | $3,733.03 | $3,733.02 | $7,466.05 | | $7,466.05 |
| 308 | 932936 | Charles | Washington | $250.00 | $250.00 | $500.00 | | $500.00 |
| 309 | 257586 | Arnette | Weaver | $250.00 | $250.00 | $500.00 | | $500.00 |
| 310 | 997785 | Fred | Weber | $250.00 | $250.00 | $500.00 | | $500.00 |
| 311 | 990803 | Beverly | Wheat | $1,120.95 | $1,120.94 | $2,241.89 | | $2,241.89 |
| 312 | 998938 | Michael | Wheeler | $250.00 | $250.00 | $500.00 | | $500.00 |
| 313 | 16470 | Stephanie | Whiffen | $426.76 | $426.75 | $853.51 | | $853.51 |
| 314 | 9564 | Michael | Whyte | $6,478.31 | $6,478.31 | $12,956.62 | | $12,956.62 |
| 315 | 987870 | Brandy | Wilkins-Messner | $967.08 | $967.08 | $1,934.16 | | $1,934.16 |
| 316 | 19337 | Scott | Williams | $2,048.57 | $2,048.57 | $4,097.14 | | $4,097.14 |
| 317 | 985543 | Scott | Williams | $2,425.79 | $2,425.78 | $4,851.57 | | $4,851.57 |
| 318 | 990627 | Shawn | Williams | $2,884.69 | $2,884.69 | $5,769.38 | | $5,769.38 |
| 319 | 26044 | Dale | Winters | $3,756.62 | $3,756.61 | $7,513.23 | | $7,513.23 |
| 320 | 991990 | Lee | Witte | $10,647.18 | $10,647.18 | $21,294.36 | | $21,294.36 |
| 321 | 932131 | Randall | Wogenstahl | $382.60 | $382.60 | $765.20 | | $765.20 |
| 322 | 20560 | Irene | Wolf | $682.33 | $682.33 | $1,364.66 | | $1,364.66 |
| 323 | 989632 | Amy | Wolfram | $690.85 | $690.84 | $1,381.69 | | $1,381.69 |
| 324 | 996876 | Christopher | Wood | $2,790.61 | $2,790.61 | $5,581.22 | | $5,581.22 |
| 325 | 989396 | Tyrone | Wood | $1,708.76 | $1,708.76 | $3,417.52 | | $3,417.52 |
| 326 | 996924 | Gary | Wray | $2,196.80 | $2,196.80 | $4,393.60 | | $4,393.60 |
| 327 | 991960 | Renee | Wyler | $3,118.40 | $3,118.39 | $6,236.79 | | $6,236.79 |

# EXHIBIT F

| No. | Employee ID | First Name | Last Name | Backpay | Liquidated Damages | Settlement Allocation |
|---|---|---|---|---|---|---|
| 1 | 904506 | DONNA | AMOS | $4,429.44 | $4,429.43 | $8,858.87 |
| 2 | 22586 | DAVID | ANDERSON | $2,459.94 | $2,459.94 | $4,919.88 |
| 3 | 804068 | TAMMY | ASHBY | $1,893.96 | $1,893.95 | $3,787.91 |
| 4 | 25091 | JEFFREY | AURAND | $1,984.61 | $1,984.60 | $3,969.21 |
| 5 | 13104 | Daniel | Baechle | $1,819.80 | $1,819.80 | $3,639.60 |
| 6 | 282191 | GREGORY | BANE | $4,202.16 | $4,202.16 | $8,404.32 |
| 7 | 998768 | KEVIN | BARKER | $250.00 | $250.00 | $500.00 |
| 8 | 931491 | LISA | BARRETT | $250.00 | $250.00 | $500.00 |
| 9 | 996448 | PATRICIA | BEALL | $250.00 | $250.00 | $500.00 |
| 10 | 11783 | THOMAS | BEGAM | $2,763.93 | $2,763.93 | $5,527.86 |
| 11 | 930889 | RONALD | BENJAMIN | $976.29 | $976.29 | $1,952.58 |
| 12 | 61831 | RICHARD | BERTMAN | $250.00 | $250.00 | $500.00 |
| 13 | 103288 | ALICIA | BESHARA | $1,863.98 | $1,863.98 | $3,727.96 |
| 14 | 992111 | JOSHUA | BEYL | $2,358.97 | $2,358.97 | $4,717.94 |
| 15 | 813781 | ROBERT | BLUME | $1,854.94 | $1,854.94 | $3,709.88 |
| 16 | 25396 | LISA | BONNER | $2,775.20 | $2,775.20 | $5,550.40 |
| 17 | 10070 | MICHELE | BONO | $4,030.21 | $4,030.20 | $8,060.41 |
| 18 | 995678 | KATHLEEN | BORNHORST | $13,736.77 | $13,736.76 | $27,473.53 |
| 19 | 5267 | STEPHEN | BOSTATER | $6,361.01 | $6,361.01 | $12,722.02 |
| 20 | 4668 | BRIAN | BOWER | $6,432.66 | $6,432.65 | $12,865.31 |
| 21 | 996053 | PATRICK | BRAILER | $621.72 | $621.72 | $1,243.44 |
| 22 | 323459 | CINDY | BURNS | $3,856.54 | $3,856.53 | $7,713.07 |
| 23 | 67901 | DAVID | CAINS | $6,340.96 | $6,340.95 | $12,681.91 |
| 24 | 996622 | MARY BETH | CALENDINE | $437.84 | $437.83 | $875.67 |
| 25 | 5043 | CYNTHIA | CARR | $5,192.14 | $5,192.14 | $10,384.28 |
| 26 | 8619 | IRMA | CARR | $2,451.66 | $2,451.65 | $4,903.31 |
| 27 | 2735 | RODNEY | CARRUTHERS | $3,973.84 | $3,973.84 | $7,947.68 |
| 28 | 997495 | ANTHONY | CARSON | $250.00 | $250.00 | $500.00 |
| 29 | 997905 | PAUL | CARSON | $250.00 | $250.00 | $500.00 |
| 30 | 997045 | JAMES | CARTINIAN | $331.14 | $331.14 | $662.28 |
| 31 | 22007 | THOMAS | CHANDLER | $2,809.01 | $2,809.01 | $5,618.02 |
| 32 | 991825 | WILLIAM | CHANNELL | $2,198.14 | $2,198.13 | $4,396.27 |

| 33 | 990984 | LIBBY | CHAPIN | $4,984.98 | $4,984.97 | $9,969.95 |
|----|--------|-------|--------|-----------|-----------|-----------|
| 34 | 76697 | PAMELA | CLARK | $3,969.55 | $3,969.54 | $7,939.09 |
| 35 | 360911 | MICHAEL | COLE | $2,753.95 | $2,753.95 | $5,507.90 |
| 36 | 5652 | SUSAN | COOK | $3,905.36 | $3,905.35 | $7,810.71 |
| 37 | 324603 | KENNETH | COOPER | $6,782.97 | $6,782.96 | $13,565.93 |
| 38 | 990113 | MICHAEL | COSGROVE | $2,546.72 | $2,546.71 | $5,093.43 |
| 39 | 48397 | QUENTIN | COX | $1,810.50 | $1,810.49 | $3,620.99 |
| 40 | 18986 | ORLANDO | CRIMMEL | $3,761.19 | $3,761.19 | $7,522.38 |
| 41 | 989750 | CYNTHIA | CRISPEN | $2,735.06 | $2,735.05 | $5,470.11 |
| 42 | 10768 | TIMOTHY | CURRAN | $2,686.70 | $2,686.70 | $5,373.40 |
| 43 | 858170 | KENNETH | DAVIS | $4,450.07 | $4,450.07 | $8,900.14 |
| 44 | 989382 | ROBERT | DAWSON | $3,065.17 | $3,065.17 | $6,130.34 |
| 45 | 17533 | SHARON | DAZELL | $3,223.50 | $3,223.50 | $6,447.00 |
| 46 | 846057 | DAVID | DENECKE | $763.35 | $763.34 | $1,526.69 |
| 47 | 12631 | JENNIFER | DENSON | $2,415.52 | $2,415.52 | $4,831.04 |
| 48 | 25026 | NATHAN | DEROLPH | $1,909.67 | $1,909.67 | $3,819.34 |
| 49 | 8051 | ROCCO | DESTEFANIS | $4,194.51 | $4,194.51 | $8,389.02 |
| 50 | 990264 | FRANK | DILENSCHNEIDER | $4,330.80 | $4,330.80 | $8,661.60 |
| 51 | 259952 | MARK | DINARDO | $2,826.23 | $2,826.22 | $5,652.45 |
| 52 | 350 | RICHARD | DOMKA | $3,450.37 | $3,450.37 | $6,900.74 |
| 53 | 998779 | GINA | DOWNS | $250.00 | $250.00 | $500.00 |
| 54 | 2302 | JEFF | EDWARDS | $1,568.52 | $1,568.51 | $3,137.03 |
| 55 | 15398 | ERIC | EFOBI | $5,388.74 | $5,388.73 | $10,777.47 |
| 56 | 58499 | RITA | EHMANN | $2,580.78 | $2,580.78 | $5,161.56 |
| 57 | 142412 | CHRISTINE | ELLIOTT | $6,916.59 | $6,916.58 | $13,833.17 |
| 58 | 33603 | GREGORY | ELMORE | $1,303.07 | $1,303.06 | $2,606.13 |
| 59 | 360866 | EVAN | ESTEP | $5,290.89 | $5,290.89 | $10,581.78 |
| 60 | 378273 | TYSON | FANKHAUSER | $5,136.44 | $5,136.44 | $10,272.88 |
| 61 | 995206 | MARTIN | FAY | $947.53 | $947.53 | $1,895.06 |
| 62 | 992582 | LYNN | FERREN | $801.47 | $801.46 | $1,602.93 |
| 63 | 60687 | CHRISTOPHER | FINK | $3,579.91 | $3,579.90 | $7,159.81 |
| 64 | 932185 | STEVEN | FISHMAN | $250.00 | $250.00 | $500.00 |
| 65 | 4269 | THOMAS | FLORY | $1,805.21 | $1,805.20 | $3,610.41 |
| 66 | 99591 | KENNETH | GARBE | $1,941.84 | $1,941.83 | $3,883.67 |

| 67 | 987024 | IRENE | GARRETT | $2,407.87 | $2,407.86 | $4,815.73 |
| 68 | 997802 | BEN | GENNARELLI | $1,026.76 | $1,026.75 | $2,053.51 |
| 69 | 989581 | DAVID | GERHARD | $3,841.70 | $3,841.70 | $7,683.40 |
| 70 | 997465 | GREGG | GIELAS | $250.00 | $250.00 | $500.00 |
| 71 | 931578 | SCOTT | GILBERT | $621.72 | $621.72 | $1,243.44 |
| 72 | 996910 | MELANIE | GOULD | $250.00 | $250.00 | $500.00 |
| 73 | 833002 | SANDRA | GREENWALD | $4,046.49 | $4,046.48 | $8,092.97 |
| 74 | 933168 | STEVEN | GREENWALD | $250.00 | $250.00 | $500.00 |
| 75 | 10249 | LANCE | GREMLING | $250.00 | $250.00 | $500.00 |
| 76 | 995959 | MARY | GRIFFIN | $484.86 | $484.86 | $969.72 |
| 77 | 8012 | BRIAN | HAGEMAN | $2,819.59 | $2,819.58 | $5,639.17 |
| 78 | 996190 | TERRY | HALES | $306.42 | $306.41 | $612.83 |
| 79 | 998780 | JENNIFER | HALL | $250.00 | $250.00 | $500.00 |
| 80 | 990680 | KEVIN | HANNA | $2,507.25 | $2,507.24 | $5,014.49 |
| 81 | 930911 | SANDRA | HARRIS | $250.00 | $250.00 | $500.00 |
| 82 | 12901 | PHYLLIS | HART | $1,953.74 | $1,953.74 | $3,907.48 |
| 83 | 987809 | ELLEN | HARVEY | $1,050.49 | $1,050.49 | $2,100.98 |
| 84 | 931706 | RAYMOND | HATFIELD | $250.00 | $250.00 | $500.00 |
| 85 | 986746 | BRYCE | HENSON | $1,491.55 | $1,491.55 | $2,983.10 |
| 86 | 997473 | BRANDON | HOBBS | $250.00 | $250.00 | $500.00 |
| 87 | 8404 | JEANETTE | HOCKMAN | $3,174.91 | $3,174.91 | $6,349.82 |
| 88 | 994894 | MICHAEL | HOEGLER | $561.99 | $561.99 | $1,123.98 |
| 89 | 247599 | ANN | HORNSTEIN | $2,046.93 | $2,046.93 | $4,093.86 |
| 90 | 930975 | MATTHEW | HOWARD | $250.00 | $250.00 | $500.00 |
| 91 | 15722 | ROSARIO | INDELICATO | $2,059.68 | $2,059.67 | $4,119.35 |
| 92 | 42040 | SUSAN | JESTER | $476.32 | $476.32 | $952.64 |
| 93 | 992990 | CARRIE | JOHNSON | $853.79 | $853.78 | $1,707.57 |
| 94 | 932274 | TIMOTHY | JOHNSON | $250.00 | $250.00 | $500.00 |
| 95 | 932007 | RACHEL | JONES | $250.00 | $250.00 | $500.00 |
| 96 | 997897 | AMY | KARHOFF | $250.00 | $250.00 | $500.00 |
| 97 | 995244 | MATTHEW | KENNEDY | $848.43 | $848.43 | $1,696.86 |
| 98 | 931521 | TINA | KERN | $250.00 | $250.00 | $500.00 |
| 99 | 995033 | MICHAEL | KING | $2,466.39 | $2,466.38 | $4,932.77 |
| 100 | 31835 | MANDY | KNERR | $3,184.68 | $3,184.68 | $6,369.36 |

| 101 | 10447 | TRAVIS | KNIGHT | $5,081.28 | $5,081.27 | $10,162.55 |
|-----|--------|--------|--------|-----------|-----------|------------|
| 102 | 931945 | TAMMY | KOLLER | $364.46 | $364.45 | $728.91 |
| 103 | 993530 | JOHN | KORINKO | $1,841.01 | $1,841.00 | $3,682.01 |
| 104 | 988929 | DAVID | KURTZ | $450.21 | $450.21 | $900.42 |
| 105 | 996831 | MICHAEL | LANG | $337.66 | $337.65 | $675.31 |
| 106 | 1101 | WILLIAM | LAVELLE JR | $8,487.35 | $8,487.34 | $16,974.69 |
| 107 | 988013 | ANGELA | LEEVER | $972.51 | $972.50 | $1,945.01 |
| 108 | 289609 | DAWN | LOCIGNO | $3,415.76 | $3,415.75 | $6,831.51 |
| 109 | 997604 | SANDRA | LOCKWOOD | $250.00 | $250.00 | $500.00 |
| 110 | 995740 | CHAD | LOUGHRY | $277.92 | $277.91 | $555.83 |
| 111 | 990065 | STEPHEN | LOWE | $3,567.19 | $3,567.19 | $7,134.38 |
| 112 | 986522 | BRIAN | LYNCHA | $2,058.75 | $2,058.75 | $4,117.50 |
| 113 | 22795 | VINCENT | LYONS | $3,844.91 | $3,844.90 | $7,689.81 |
| 114 | 991421 | KEVIN | MAHAN | $2,547.90 | $2,547.89 | $5,095.79 |
| 115 | 25217 | PEGGY | MALMSBURY | $1,500.12 | $1,500.11 | $3,000.23 |
| 116 | 932806 | AMANDA | MARCERO | $323.23 | $323.22 | $646.45 |
| 117 | 985569 | JENNIFER | MARRATTA | $1,798.18 | $1,798.17 | $3,596.35 |
| 118 | 994492 | ROBERT | MARTIN | $2,649.78 | $2,649.77 | $5,299.55 |
| 119 | 14371 | STANLEY | MASON | $4,189.94 | $4,189.93 | $8,379.87 |
| 120 | 932975 | ANTHONY | MASTURZO | $250.00 | $250.00 | $500.00 |
| 121 | 991826 | DANIEL | MATHEWS | $3,658.52 | $3,658.52 | $7,317.04 |
| 122 | 877320 | BERTHA | MATTHEWS | $1,298.84 | $1,298.84 | $2,597.68 |
| 123 | 932160 | DUSTIN | MCMILLAN | $445.92 | $445.92 | $891.84 |
| 124 | 985011 | Christine | Melcher | $968.53 | $968.53 | $1,937.06 |
| 125 | 8850 | KIM | MILLER | $2,900.83 | $2,900.82 | $5,801.65 |
| 126 | 996493 | CRAIG | MINCEY | $562.76 | $562.76 | $1,125.52 |
| 127 | 343441 | DAWN | MONTEIRO | $5,797.22 | $5,797.22 | $11,594.44 |
| 128 | 695447 | PAM | MORAN | $1,397.24 | $1,397.24 | $2,794.48 |
| 129 | 848618 | ELSA | MUNIZ | $450.89 | $450.89 | $901.78 |
| 130 | 23858 | APRIL | MUNROE | $3,774.26 | $3,774.26 | $7,548.52 |
| 131 | 990465 | MARK | MYERS | $4,521.80 | $4,521.80 | $9,043.60 |
| 132 | 993139 | THOMAS | MYRICK | $3,386.82 | $3,386.82 | $6,773.64 |
| 133 | 14870 | JULIE | NELSON | $12,997.47 | $12,997.46 | $25,994.93 |
| 134 | 993475 | DANIELLE | NEWMAN | $1,901.89 | $1,901.88 | $3,803.77 |

| 135 | 990615 | EDDIE | NORMAN | $2,938.57 | $2,938.56 | $5,877.13 |
| 136 | 634644 | KATHLEEN | NUNLIST | $889.00 | $889.00 | $1,778.00 |
| 137 | 832552 | ROGER | NUNLIST | $3,493.15 | $3,493.15 | $6,986.30 |
| 138 | 82014 | WILLIAM | NUTT | $4,455.16 | $4,455.15 | $8,910.31 |
| 139 | 20561 | TERRI | OLSSON | $5,326.79 | $5,326.79 | $10,653.58 |
| 140 | 944 | JAMES | OWENS | $1,211.13 | $1,211.13 | $2,422.26 |
| 141 | 930702 | DAWN | PARKS | $997.90 | $997.89 | $1,995.79 |
| 142 | 25379 | LAURIE | PATTERSON | $250.00 | $250.00 | $500.00 |
| 143 | 985712 | ROGER | PEACE | $1,279.49 | $1,279.49 | $2,558.98 |
| 144 | 76427 | RAYMOND | PEARSALL | $597.00 | $597.00 | $1,194.00 |
| 145 | 992641 | DAVID | PETERS | $1,398.65 | $1,398.65 | $2,797.30 |
| 146 | 996835 | BRITTANY | PHILLIPS | $289.42 | $289.42 | $578.84 |
| 147 | 993531 | DONALD | POLING | $4,359.90 | $4,359.90 | $8,719.80 |
| 148 | 101995 | SCOTT | POLING | $7,305.61 | $7,305.60 | $14,611.21 |
| 149 | 931135 | JASON | PREHODICK | $250.00 | $250.00 | $500.00 |
| 150 | 357667 | DINO | RE | $6,482.49 | $6,482.49 | $12,964.98 |
| 151 | 642337 | THERESA | REA | $1,335.96 | $1,335.96 | $2,671.92 |
| 152 | 7589 | ZACH | REFFITT | $3,029.68 | $3,029.68 | $6,059.36 |
| 153 | 988186 | BRENDA | RIFFE | $250.00 | $250.00 | $500.00 |
| 154 | 837919 | SUSI | ROARK | $2,300.49 | $2,300.49 | $4,600.98 |
| 155 | 14372 | POLLY | ROBINSON | $3,650.84 | $3,650.84 | $7,301.68 |
| 156 | 869531 | ANDREW | ROLL | $2,210.90 | $2,210.90 | $4,421.80 |
| 157 | 12868 | CHELSI | ROSSMAN | $250.00 | $250.00 | $500.00 |
| 158 | 27297 | SAUNDRA | RUEN | $1,751.43 | $1,751.43 | $3,502.86 |
| 159 | 932737 | CLIFFORD | RUGGLES | $257.27 | $257.26 | $514.53 |
| 160 | 395065 | DOMINIC | SANZO | $4,179.96 | $4,179.96 | $8,359.92 |
| 161 | 990272 | DANIEL | SCHNEIDER | $2,186.49 | $2,186.49 | $4,372.98 |
| 162 | 12807 | JENNIE | SCOBY | $2,521.20 | $2,521.20 | $5,042.40 |
| 163 | 284981 | RONDA | SEGELKE | $4,094.31 | $4,094.31 | $8,188.62 |
| 164 | 14390 | MAXINE | SHANNON | $2,644.28 | $2,644.27 | $5,288.55 |
| 165 | 984999 | JUSTUS | SHARP | $4,208.18 | $4,208.18 | $8,416.36 |
| 166 | 22815 | JASON | SHOE | $7,322.33 | $7,322.32 | $14,644.65 |
| 167 | 998025 | TODD | SINDERGARD | $250.00 | $250.00 | $500.00 |
| 168 | 856538 | DIANE | SLATER | $998.36 | $998.36 | $1,996.72 |

| 169 | 992633 | DAVID | SNYDER | $552.82 | $552.81 | $1,105.63 |
| 170 | 806987 | JENNIFER | SORETTE | $10,856.25 | $10,856.25 | $21,712.50 |
| 171 | 84324 | NATALIE | STARK | $4,602.38 | $4,602.38 | $9,204.76 |
| 172 | 102728 | JASON | STENGER | $4,472.00 | $4,472.00 | $8,944.00 |
| 173 | 932255 | TODD | STEVENS | $300.14 | $300.14 | $600.28 |
| 174 | 834398 | BYRON | STRICKLAND | $2,130.89 | $2,130.88 | $4,261.77 |
| 175 | 395479 | MICHELLE | STROPES | $6,395.22 | $6,395.21 | $12,790.43 |
| 176 | 987162 | BRANDI | SULLIVAN | $468.48 | $468.47 | $936.95 |
| 177 | 327564 | JOSEPH | SZYMANOWSKI | $14,283.67 | $14,283.66 | $28,567.33 |
| 178 | 985362 | ANN | THOMAS | $8,896.45 | $8,896.44 | $17,792.89 |
| 179 | 991222 | SCOTT | THOMPSON | $1,193.92 | $1,193.91 | $2,387.83 |
| 180 | 20348 | AMY | UPTON | $2,300.86 | $2,300.86 | $4,601.72 |
| 181 | 918753 | CHRIS | URTI | $3,642.40 | $3,642.39 | $7,284.79 |
| 182 | 990987 | LAWRENCE | UTT | $1,070.15 | $1,070.15 | $2,140.30 |
| 183 | 995963 | ELOISA | VINSON | $2,302.27 | $2,302.27 | $4,604.54 |
| 184 | 997488 | BRIAN | VORDEM ESCHE | $250.00 | $250.00 | $500.00 |
| 185 | 119634 | GARY | WEAVER | $1,270.41 | $1,270.40 | $2,540.81 |
| 186 | 73867 | GARY | WEBER | $7,322.15 | $7,322.14 | $14,644.29 |
| 187 | 26771 | MATTHEW | WEST | $3,730.26 | $3,730.26 | $7,460.52 |
| 188 | 930985 | DONALD | WHITE | $250.00 | $250.00 | $500.00 |
| 189 | 2018 | DAVID | WILLIAMS | $4,917.00 | $4,916.99 | $9,833.99 |
| 190 | 25918 | Michelle | Witt | $3,695.20 | $3,695.19 | $7,390.39 |
| 191 | 22387 | RICK | WOLFER | $2,832.80 | $2,832.80 | $5,665.60 |
| 192 | 932338 | LAUREN | WOODROW | $385.90 | $385.89 | $771.79 |
| 193 | 992210 | MARTY | WYZLIC | $3,067.01 | $3,067.01 | $6,134.02 |

# EXHIBIT G

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **DUSTIN SWIGART and SONIA SCHULTZ, on behalf of themselves and others similarly situated,** | : : : : | **Case No. 1:11-cv-00088** |
| | : | **Judge Timothy S. Black** |
| **Plaintiffs,** | : : | |
| **v.** | : : | |
| **FIFTH THIRD BANK,** | : : | |
| **Defendant.** | : | |

---

## NOTICE OF PROPOSED SETTLEMENT OF CLASS ACTION
## AND FAIRNESS HEARING

---

**To:   All current or former Mortgage Loan Originators who were employed by Fifth Third Bank in the State of Ohio at any time between February 11, 2009, and January 3, 2011, who were compensated on a draw plus commission basis.**

Based on information in Fifth Third Bank's ("Fifth Third") records, you may be a class member who is entitled to participate in the proposed settlement of claims asserted in the case captioned *Swigart, et al. v. Fifth Third Bank*, United States District Court for the Southern District of Ohio Case No. 1:11-cv-00088 ("the Civil Action").

Please read this Notice carefully.  It contains important information about your rights concerning the class action settlement described below.  As described more fully below, *see* Section 6.c., to participate in the settlement, you must submit a properly completed Settlement Claim Form, Consent to Join, and Release of Claims ("Claim Form") in time for the Claims Administrator to receive it by [45 days from the date of mailing].  If you fail to turn in a timely Claim Form, you will not be entitled to receive any monetary distribution from the settlement.  If you do not want to participate in the settlement, and do not want to be bound by the Release described in Section 6.b., you must exclude yourself by mailing the enclosed Opt-Out Statement in time for the Claims Administrator to receive it by [45 days from the date of mailing].  If you do not exclude yourself, you will be bound by the Release in Section 6.b., regardless of whether you submit a Claim Form or receive money.  *See* Section 9 below, for additional information.

Class Members are encouraged to participate in this settlement.  The law prohibits retaliation against current or former employees who participate in settlements.  Participation does

not change the settlement amount that Fifth Third will pay, because Fifth Third will pay the same fixed amount regardless of the number of Class Members who participate.

**Important Deadlines:**

- Deadline to return the Claim Form: must be submitted in time for the Claims Administrator to receive it by [45 days from the date of mailing];

- Deadline for the Opt-Out Statement: must be mailed in time for the Claims Administrator to receive it by [45 days from the date of mailing]; and

- Deadline for objecting to the settlement: must be mailed in time for the Claims Administrator to receive it by [45 days from the date of mailing].

For assistance completing the enclosed Claim Form or for assistance with related matters, please contact Class Counsel Nichols Kaster, PLLP at 612-256-3200 or selander@nka.com.

This Notice explains the nature of the Civil Action and the terms of the settlement and informs you of your rights and obligations. This Notice should not be understood as an expression of any opinion by the Court as to the merits of any of the claims or defenses asserted by the Parties.

This Notice contains information about the following topics:

1. What Is This Civil Action About?

2. What Is A Class Action?

3. What Is The Purpose Of This Notice?

4. Who Is Included In The Civil Action?

5. Who Is Class Counsel?

6. What Are the Benefits And Terms Of The Proposed Settlement (including information about how you can participate in the Settlement)?

7. When Is The Fairness Hearing To Approve Settlement?

8. How Can You Object To The Proposed Settlement?

9. How Can You Opt-Out Of The Settlement?

10. How Can You Examine Court Records?

11. What If You Have Questions?

1.      __What Is This Civil Action About?__

        On or about February 11, 2011, two former employees of Fifth Third ("Plaintiffs") brought this Civil Action, in which they claimed that Fifth Third violated the federal Fair Labor Standards Act ("FLSA") and the Ohio Wage Act by failing to pay employees for overtime. Plaintiffs sought recovery of statutory damages, interest, attorneys' fees and costs, and other relief.

        Fifth Third has denied and continues to deny any wrongdoing and denies any and all liability and damages to anyone with respect to the alleged facts or causes of action asserted in the Civil Action. To avoid the burden, expense, inconvenience, and uncertainty of continued Civil Action, however, Fifth Third has concluded that it is in its best interests to resolve and settle the Civil Action by entering into a settlement agreement (the "Settlement").

        The Civil Action is presently pending before Judge Timothy S. Black, United States District Judge for the United States District Court for the Southern District of Ohio. Judge Black has not made any decision on the merits of Plaintiffs' claims. On December 28, 2012, the Court certified this matter as a class action. On [Month] [Day], 2014, the Court certified the case for purposes of settlement and granted preliminary approval of the Settlement, subject to a fairness hearing which will take place on [Month] [Day], 2014.

2.      __What Is A Class Action?__

        A class action is a civil action in which the claims and rights of many people are decided in a single court proceeding. One or more representative plaintiffs, also known as "Plaintiffs" or "Class Representatives," file a civil action asserting claims on behalf of the entire class.

3.      __What Is The Purpose Of This Notice?__

        Judge Black has ordered that this Notice be sent to you because you may be a Class Member. The purpose of this Notice is to inform you of the proposed settlement and of your rights, including:

- To inform you of your right to "opt-out" of the settlement class, and thereby preserve your ability to independently bring any claim that you might have;

- To inform you of your right to file objections to the Settlement; and

- To inform you of the steps you must take to receive any share of the Settlement funds.

4.      __Who Is Included In The Civil Action?__

        You are a Class Member if you were employed by Fifth Third as a Mortgage Loan Originator at any time between February 11, 2009 and January 3, 2011, were compensated based on a draw plus commission basis, and did not opt-in to this litigation on or before April 17, 2012, as a Section 216(b) Plaintiff.

**5.**     <u>Who Is Class Counsel?</u>

The Court has approved the following firm to represent all members of the Class. Class Counsel is:

**NICHOLS KASTER, PLLP**
Paul J. Lukas
Timothy C. Selander
4600 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Web: www.nka.com
Email: selander@nka.com

**6.**     <u>What Are The Benefits And Terms Of The Proposed Settlement?</u>

Plaintiffs and Fifth Third have agreed to the Settlement summarized below. The complete terms and conditions of the proposed Settlement are on file with the Clerk of Court at the address listed below in Section 10. The Parties' obligations under the Settlement Agreement will not become effective unless and until it receives final court approval, including the exhaustion of any appeals.

    *a.*     *What are the benefits of the settlement?*

Class Members who timely and properly complete and return the Claim Form, as described in Section 6.c. below, will be eligible to receive a payment which represents liquidated damages and overtime damages calculated using the following data: (i) the number of weeks they performed work as a MLO from February 11, 2009, until January 3, 2011; (ii) their commission and draw earnings during the same time period; and (iii) an average of five overtime hours for each week.

    *b.*     *What is the legal effect of participating in the settlement?*

If the Court grants final approval of the Settlement, in exchange for the promise of payment as set forth above, the claims asserted in the Civil Action will be dismissed with prejudice and Class Members who do not opt-out will fully release and discharge Fifth Third from any and all past and present matters, claims, demands, and causes of action for unpaid regular and overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief under the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code § 4111.01 *et seq.*, ("the Ohio Wage Act") (whether asserted in the Civil Action or not), which accrued between February 11, 2009 and January 3, 2011. In addition, Class Members who accept the Settlement by returning a timely Claim Form will fully release and discharge Fifth Third from any and all past and present matters, claims, demands, and causes of action for unpaid regular and overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, which accrued between February 11, 2009 and January 3, 2011. The foregoing release <u>does not</u> include wage-related claims

brought pursuant to Title VII, the Family and Medical Leave Act, the Americans with Disabilities Act or the Age Discrimination in Employment Act. When claims are "released," that means that a person covered by the release cannot sue Fifth Third or Released Persons for any of the claims that are covered by the release.

  *c.  How can I participate in the settlement?*

  If you wish to receive a distribution from the Settlement Fund, you must timely complete and return the enclosed Claim Form according to instructions provided on the form. The Claim Form must be personally filled out by the current or former employee who seeks to participate in the Settlement or someone with a legal right to act on his or her behalf. As part of the Claim Form, you consent to join the Civil Action for the purpose of participating in the Settlement.

  The Claim Form must be properly completed, signed, and returned to the Claims Administrator via First Class United States Mail, email, or fax and received by [45 days from the date of mailing]. If you do not properly complete and timely submit the Claim Form in order for it to be received by [45 days from the date of mailing], you will not be eligible to receive any monetary distribution. You should **NOT** complete the Claim Form if you complete the Opt-Out Statement. If you do submit both the Opt-Out Statement and the Claim Form, you will still be bound by the terms of the Settlement.

  *d.  How was my share calculated?*

  Each Class Member who submits a timely and properly completed Claim Form will receive a share of the Ohio Rule 23 Settlement Fund ($1,352,496.21) representing liquidated damages and overtime damages calculated using the following data: (i) the number of weeks they performed work as a MLO from February 11, 2009, until January 3, 2011; (ii) their commission and draw earnings during the same time period; and (iii) an average of five overtime hours for each week. In addition, for certain Class Members who previously signed an Acknowledgement and Release and received a payment of back wages from Fifth Third covering weeks worked as a MLO between March 24, 2010 and January 3, 2011, those weeks were excluded from their allocation calculation, and their remaining allocation was reduced by 25%. The minimum allocation amount is $500.

## 7. **When Is The Fairness Hearing To Approve The Settlement?**

  The Court has granted preliminary approval of the proposed Settlement, concluding preliminarily that the Settlement is fair, adequate, and reasonable and that the proposed distribution of the Settlement amount is fair, adequate, and reasonable. A hearing will be held to determine whether final approval of the Settlement should be granted. At the hearing, the Court will hear objections, if any, and arguments concerning the fairness of the proposed Settlement. The hearing will take place before Judge Black on [Month] [Day], 2014 or as soon thereafter as practicable, in Courtroom 815 United States District Court for the Southern District of Ohio, Western Division, Potter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio 45202. The Court will also consider Class Counsel's application for attorneys' fees in the amount of 33% of the total settlement amount and reasonable costs incurred during the

prosecution of the case. The time and date of this hearing may be continued or adjourned, so please contact Class Counsel prior to the date of the hearing if you plan to attend.

You are not obligated to attend this hearing. You may attend the hearing if you plan to object to the settlement. You may also retain your own attorney to represent you in your objections. If you wish to attend the hearing, you must submit a written objection as described in the following section and must state in writing your intention to appear at the fairness hearing.

**8.     How Can You Object To The Proposed Settlement?**

If you want to object to the Settlement, you may submit a written statement of the objection to the Claims Administrator at the address below. Your objection will not be heard unless it is mailed in time for the Claims Administrator to receive it by [45 days from the date of mailing]. The objection need not be in any specific form; a short and simple statement of your objection is sufficient. You do not need to be represented by counsel to object. If you wish to present your objection at the fairness hearing, you must state your intention to do so in your written objection.

**9.     How Can You Opt-Out Of The Settlement?**

You have the right to exclude yourself, and yourself only, from this Civil Action and Settlement. If you choose to exclude yourself, you will not be barred from seeking relief with respect to any legal claims and will be free to pursue an individual claim, if any, against Fifth Third, but you will not be eligible to receive the benefits of this Settlement. If you intend to exclude yourself, you must complete the enclosed Opt-Out Statement and mail it to the Claims Administrator at the address below. The Opt-Out Statement must be mailed to the Claims Administrator in time for the Claims Administrator to receive it by [45 days from the date of mailing]. You should **NOT** complete the Opt-Out Statement if you complete the Settlement Claim Form and Release of Claims. If you do submit both the Opt-Out Statement and the Settlement Claim Form and Release of Claims, you will still be bound by the terms of the Settlement.

**10.     How Can You Examine Court Records?**

The foregoing description of the case is general and does not cover all of the issues and proceedings thus far. In order to see the complete file, including a copy of the Settlement Agreement, you should visit the Office of the Clerk, Potter Stewart U.S. Courthouse, Room 103, 100 East Fifth Street, Cincinnati, Ohio 45202. The Clerk will make all files relating to this Civil Action available to you for inspection and copying at your own expense.

**11.     What If You Have Questions?**

If you have questions about this Notice, or want additional information, you can contact Class Counsel at the phone number and address listed in Section 5 above.

Dated: [DATE OF MAILING].

**This Notice is sent to you by Order
of the United States District Court for the Southern District of Ohio.**

# EXHIBIT G-1

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **DUSTIN SWIGART and SONIA SCHULTZ, on behalf of themselves and others similarly situated,** | : : : : | **Case No. 1:11-cv-00088** |
| | | **Judge Timothy S. Black** |
| **Plaintiffs,** | : : | |
| **v.** | : : | |
| **FIFTH THIRD BANK,** | : : | **OPT OUT STATEMENT** |
| **Defendant.** | : : | |

## SUBMIT THIS FORM ONLY IF YOU <u>DO NOT</u> WISH TO REMAIN A CLASS MEMBER. IF YOU SUBMIT THIS FORM, YOU <u>WILL NOT</u> RECEIVE ANY MONEY FROM THE SETTLEMENT OF WAGE CLAIMS.

I wish to opt out of the class settlement of the *Swigart, et al. v. Fifth Third Bank*. I understand that by opting out, I will be excluded from the class settlement and will receive no money from the settlement. I understand that if I opt out, I can file my own separate lawsuit. I understand that in any separate lawsuit, it is possible that I may receive nothing or less than I would have received if I had participated in the settlement in this lawsuit. I understand that any separate lawsuit undertaken by me will be undertaken at my own expense and at my own risk. I understand that counsel for the class will not represent my interests if I opt out.

_____

Print Name

_____

Address

_____

Telephone Number

_____

Last Four Digits of your Social Security Number

_____

Signature

==**SEND TO CLAIMS ADMINISTRATOR AT:**==
==XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX==

**MUST BE MAILED BY UNITED STATES FIRST CLASS MAIL IN TIME FOR THE CLAIMS ADMINISTRATOR TO RECEIVE IT BY ==[45 days from the date of mailing]==. WE ADVISE YOU TO KEEP A COPY FOR YOUR RECORDS—YOU MAY WISH TO MAIL RETURN RECEIPT REQUESTED.**

# EXHIBIT G-2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DUSTIN SWIGART and SONIA** | : | **Case No. 1:11-cv-00088** |
| **SCHULTZ, on behalf of themselves and** | : | |
| **others similarly situated,** | : | |
| | : | **Judge Timothy S. Black** |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **FIFTH THIRD BANK,** | : | |
| | : | |
| **Defendant.** | : | |

_____

**SETTLEMENT CLAIM FORM, CONSENT TO JOIN, AND RELEASE OF CLAIMS**
_____

| [To be pre-inserted by the Claims Administrator:] | **YOUR SETTLEMENT AMOUNT:** |
|---|---|
| Name: | Back Pay: $_____ |
| Claim Number: | Liquidated Damages: $ _____ |
| Address: | Total: $_____ |
| City, State, Zip Code: | |

**This form must be received by the Claims Administrator no later than [45 days from the date of mailing].**

**Verification:**

Please verify your identity by providing the last four digits of your Social Security Number and verify your address above by signing below.  If the address above is incorrect, please give the correct address in the space below. The address you list is the address where the check will be mailed.

Address Correction Only:

_____          _____

Street Address or P.O. Box                                         Last Four Digits of Social Security Number

_____

City, State, Zip Code

By signing below, I swear that I was employed as a Mortgage Loan Originator ("MLO") in the State of Ohio for Fifth Third Bank ("Fifth Third") during at least one or more full workweeks between February 11, 2009, and January 3, 2011, and I have not previously joined this litigation.

**Release of Claims:**

I hereby irrevocably and unconditionally forever and fully release and covenant not to sue Fifth Third, as well as any of its predecessors, successors, present and former affiliates, parents, subsidiaries, insurers, officers, directors, agents, board members, employees, representatives, heirs, attorneys, and assigns from any and all past and present matters, claims, demands, and causes of action for unpaid regular or overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief which accrued between February 11, 2009 and January 3, 2011 under the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, or the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code §§ 4111.01 *et seq.*

I acknowledge that this Settlement Claim Form and Release of Claims is intended to include in its effect all claims as set forth above asserted in or arising from my employment with Fifth Third or asserted in the above-referenced Civil Action, including both asserted and unasserted claims, and including those claims that I do not know or suspect to exist in my favor against Fifth Third.

**<u>Consent to Join:</u>**

I further understand that by signing below, I am consenting to join this Civil Action, *Swigart, et al. v. Fifth Third Bank*, Case No. 1:11-cv-00088 (S.D. Ohio), for settlement purposes and participate in the claims administration process. I hereby designate the law firm of Nichols Kaster, PLLP, to represent me. I consent and agree to be bound by the judgment as approved by my attorneys and approved by the Court as fair, adequate and reasonable.

**I declare under penalty of perjury that the above information is correct.**

Date:_____          Signature:_____

                                 Print Name: _____

**This Claim Form and Release of Claims must be properly completed, signed, and mailed, faxed, or emailed to the Claims Administrator at the following address, and received by [45 days from the date of mailing]:**

CLAIMS ADMINISTRATOR ADDRESS, FAX, EMAIL

# EXHIBIT G-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DUSTIN SWIGART and SONIA SCHULTZ, on behalf of themselves and others similarly situated,** | : : : | **Case No. 1:11-cv-00088** |
| | : | **Judge Timothy S. Black** |
| **Plaintiffs,** | : : | |
| **v.** | : : | |
| **FIFTH THIRD BANK,** | : : | |
| **Defendant.** | : : | |

_____

**SETTLEMENT CLAIM FORM AND RELEASE OF CLAIMS**
_____

[To be pre-inserted by the Claims Administrator:]     **YOUR SETTLEMENT AMOUNT:**
Name:                                                                          Back Pay: $_____
Claim Number:                                                           Liquidated Damages: $ _____
Address:                                                                      Total: $_____
City, State, Zip Code:

**YOU MUST RETURN THIS COMPLETED FORM IN ORDER TO RECEIVE YOUR CHECKS**

**<u>Verification:</u>**

Please verify your identity by providing the last four digits of your Social Security Number and verify your address above by signing below. If the address above is incorrect, please give the correct address in the space below. The address you list is the address where the check will be mailed.

Address Correction Only:

_____          _____
Street Address or P.O. Box                              Last Four Digits of Social Security Number

_____
City, State, Zip Code

By signing below, I swear that I was employed as a Mortgage Loan Originator ("MLO") in the State of Ohio for Fifth Third Bank ("Fifth Third") during at least one or more full workweeks between February 11, 2008 to January 3, 2011.

**Release of Claims:**

I hereby irrevocably and unconditionally forever and fully release and covenant not to sue Fifth Third, as well as any of its predecessors, successors, present and former affiliates, parents, subsidiaries, insurers, officers, directors, agents, board members, employees, representatives, heirs, attorneys, and assigns from any and all past and present matters, claims, demands, and causes of action for unpaid regular or overtime wages, penalties, liquidated damages, costs, attorneys' fees, and any other relief which accrued between February 11, 2009 and January 3, 2011 under the federal Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.*, or the Ohio Minimum Fair Wage Standards Act, Ohio Rev. Code § 4111.01 *et seq*.

I acknowledge that this Settlement Claim Form and Release of Claims is intended to include in its effect all claims as set forth above asserted in or arising from my employment with Fifth Third or asserted in the above-referenced Civil Action, including both asserted and unasserted claims, and including those claims that I do not know or suspect to exist in my favor against Fifth Third.

**I declare under penalty of perjury that the above information is correct.**

Date:_____          Signature:_____

                                Print Name: _____

**This Claim Form and Release of Claims must be properly completed, signed, and mailed, faxed, or emailed to the Claims Administrator at the following address and received by [45 days from the date of mailing]:**

CLAIMS ADMINISTRATOR ADDRESS, FAX, EMAIL

# EXHIBIT H

# Swigart, et al. v. Fifth Third Bank
## Settlement Term Sheet
May 15, 2013

1. Payment of $4,000,000.00 to resolve the claims of the Named Plaintiffs, Opt-In Plaintiffs and Ohio Rule 23 Class Members (referred to herein as "Settlement Participants"). Defendant will not be required to pay any additional sum with the exception of employer-side payroll taxes and the fees and costs of a settlement administrator, should Defendant choose to utilize one to effectuate the terms of the settlement. The only portions of the settlement that will ^(Non-Responsive) opt-In Plaintiffs, revert to Defendant are amounts allocated to rejecting Opt-In Plaintiffs or Rule 23 Class Members who opt-out of the settlement. Included in those reversions are any attorneys' fees associated with the rejecting opt-in Plaintiffs and Rule 23 Class Members. ^(, Non-Responsive Opt-In Plaintiffs,)

2. Settlement Participants will release all FLSA and Ohio state law claims related to the FLSA and Ohio state law claims raised in this case, through January 3, 2011.

3. Named Plaintiffs will be allocated a reasonable sum to be agreed upon by the parties as class representative awards. In exchange, the Named Plaintiffs will also agree to a general release of employment claims.

4. For the purposes of tax allocation, the settlement payments to the Settlement Participants will be characterized as 50% wages and 50% liquidated damages. Wages will be reported on IRS Form W-2; liquidated damages will be reported on IRS Form 1099. As to the payments reported as non-wage income, the Settlement Participants agree to indemnify and hold harmless Defendant for any taxes due or owing by Settlement Participants on such payments.

5. Plaintiffs' Counsel reserves the right to request up to 33% of the total settlement amount in attorneys' fees and an additional amount for costs. Any fees or costs which are not approved by the Court shall not revert to Defendant, but instead shall be allocated to Settlement Participants. The money to be distributed to Settlement Participants is referred to herein as the "Allocation Fund."

6. The Allocation Fund shall be distributed to Plaintiffs based on a formula which accounts for each Plaintiff's pay history and dates of employment in the MLO position within the relevant statutory period.

7. Notice of the settlement to be sent to Settlement Participants. The notice shall describe the settlement and shall disclose the amount allocated to the recipient Settlement Participant. Settlement Participants will have 45 days to return a signed Release Form. Settlement Participants who are opt-in Plaintiffs have the right to reject their individual settlement offer in writing delivered to Class Counsel. Ohio Rule 23 Class Members will be sent a notice, and be given the opportunity to opt-out.

8. Class Counsel will take all reasonable steps to make sure notice reaches Settlement Participants. Class Counsel will recommend acceptance of the settlement offer, unless their ethical obligations require otherwise.

9. Opt-In Plaintiffs who reject their settlement offer in writing (referred to herein as "Rejecters") shall be dismissed without prejudice in conjunction with final approval of the settlement and shall have their statute of limitations tolled for 30 days to refile their claims.

10. Opt-In Plaintiffs who neither return a signed Release Form nor reject their settlement in writing (referred to herein as "Non-Responders") shall be dismissed ~~with~~ _without_ prejudice in conjunction with final approval of the settlement. ~~Settlement amounts allocated to Non-Responders will be reallocated to Settlement Participants.~~ _and shall have their statute of limitations tolled for 30 days to refile their claims_

11. Defendant retains the right to rescind the settlement if more than 5% of the Opt-In Plaintiffs are Rejecters.

12. Opt-in Plaintiffs identified by Defendant as ineligible will be dismissed without prejudice in conjunction with final approval. Class Counsel will send a letter to these ineligible Opt-In Plaintiffs, identifying the reason that he or she is ineligible and informing them that they may call Class Counsel with questions.

13. Defendant will provide a draft settlement agreement to Class Counsel by June 5, 2013. Class Counsel will provide revisions by June 12, 2013. Defendant will respond to any revisions by June 19, 2013. Class Counsel will draft a preliminary approval motion for Defendant's review by June 26, 2013. Defendant will respond with any revisions by July 8, 2013. Plaintiffs will file the motion for preliminary approval by July 12, 2013.

14. Settlement is contingent upon Court preliminary and final approval.

Dated: 5-15-13

_____
Paul J. Lukas
Nichols Kaster, PLLP
Class Counsel

Dated: 5/15/13

_____
Anthony Hall
Littler Mendelson
Counsel for Defendant

# EXHIBIT I

| Employee ID | First Name | Last Name | Class | Pre-Litigation Backpay Received for Weeks Worked as MLO Between 3/24/2010 and 1/3/2011 |
|---|---|---|---|---|
| 930596 | Robert | Andrews | FLSA Opt-in | $719.25 |
| 20967 | Karen | Armstrong | FLSA Opt-in | $5,586.95 |
| 23680 | James | Artwell | FLSA Opt-in | $15,002.50 |
| 24442 | Kathy | Ballard | FLSA Opt-in | $40,868.00 |
| 990035 | Eric | Bastian | FLSA Opt-in | $12,212.89 |
| 997743 | Kevin | Baustian | FLSA Opt-in | $90,238.05 |
| 14322 | Nathan | Bay | FLSA Opt-in | $18,830.56 |
| 195418 | John | Berghorst | FLSA Opt-in | $10,360.40 |
| 997213 | Melissa | Binns | FLSA Opt-in | $1,099.22 |
| 11941 | Carl | Boersen | FLSA Opt-in | $23,228.70 |
| 299700 | Phillip | Brechting | FLSA Opt-in | $7,520.09 |
| 990931 | Reed | Brunzell | FLSA Opt-in | $8,323.20 |
| 195864 | Daniel | Carter | FLSA Opt-in | $2,087.18 |
| 18174 | Patricia | Cary | FLSA Opt-in | $19,357.90 |
| 931291 | Diane | Castaldi | FLSA Opt-in | $419.70 |
| 22255 | Michele | Cermak | FLSA Opt-in | $9,922.58 |
| 998982 | Jonathan | Cherry | FLSA Opt-in | $9,514.41 |
| 996594 | Jerome | Cobbe | FLSA Opt-in | $700.06 |
| 996320 | Darren | Cochran | FLSA Opt-in | $7,721.22 |
| 990570 | Lisa | Coker | FLSA Opt-in | $4,528.55 |
| 21463 | Tom | Conway | FLSA Opt-in | $152,517.20 |
| 357861 | Timothy | Craft | FLSA Opt-in | $33,866.42 |
| 16578 | Charles | Cybulski | FLSA Opt-in | $7,092.40 |
| 386898 | Bruce | Derby | FLSA Opt-in | $1,266.97 |
| 992983 | George | Dietrich | FLSA Opt-in | $5,993.18 |
| 11656 | Cheryl | Ebert | FLSA Opt-in | $6,755.12 |
| 121320 | Kathy | Eriks | FLSA Opt-in | $54,212.32 |
| 994295 | Mark | Fairbanks | FLSA Opt-in | $822.12 |
| 989543 | Jorge | Flores | FLSA Opt-in | $2,291.53 |
| 193834 | Nancy | Fuston | FLSA Opt-in | $11,210.66 |
| 412013 | Susan | Galbreath | FLSA Opt-in | $12,240.00 |
| 303611 | Aimee | Green | FLSA Opt-in | $42,209.64 |

| | | | | |
|---|---|---|---|---:|
| 991565 | David | Greer | FLSA Opt-in | $189.07 |
| 12199 | Stephanie | Griffin | FLSA Opt-in | $15,211.33 |
| 9062 | James | Griffith | FLSA Opt-in | $3,289.50 |
| 352161 | Patrick | Grundish | FLSA Opt-in | $67,926.90 |
| 986922 | Gary | Hall | FLSA Opt-in | $3,752.42 |
| 996596 | Steven | Hallett | FLSA Opt-in | $1,984.24 |
| 12148 | Cheryl | Hamilton | FLSA Opt-in | $7,884.60 |
| 989854 | Dianna | Hay | FLSA Opt-in | $1,327.02 |
| 127781 | Jack | Hayzlett | FLSA Opt-in | $10,877.28 |
| 997567 | Alyssa | Hicks | FLSA Opt-in | $903.87 |
| 20210 | Deborah | Hodge | FLSA Opt-in | $30,817.60 |
| 20969 | Mark | Huddleson | FLSA Opt-in | $3,786.24 |
| 997463 | Patrick | Hurley | FLSA Opt-in | $26,075.28 |
| 996161 | John | Imburgia | FLSA Opt-in | $10,268.00 |
| 994402 | Erin | King | FLSA Opt-in | $1,046.64 |
| 998465 | Paul | Lang | FLSA Opt-in | $2,832.90 |
| 993745 | Lynda | Lawless | FLSA Opt-in | $7,318.10 |
| 991526 | Kimberly | Lawrence | FLSA Opt-in | $2,549.32 |
| 2343 | Glenn | Lay Jr | FLSA Opt-in | $6,945.59 |
| 984744 | Christina | Ledesma | FLSA Opt-in | $2,920.31 |
| 17803 | Richard | Lenzer | FLSA Opt-in | $884.88 |
| 997801 | Nancy | Levine | FLSA Opt-in | $28,925.33 |
| 25702 | Jean | Lovergine | FLSA Opt-in | $66,347.81 |
| 19934 | Paul | Marchio | FLSA Opt-in | $11,035.38 |
| 25235 | Troy | Mcmahan | FLSA Opt-in | $8,765.20 |
| 932277 | Sean | Mcmanamon | FLSA Opt-in | $546.12 |
| 194521 | Richard | Meisinger | FLSA Opt-in | $22,402.46 |
| 193721 | Mark | Mohr | FLSA Opt-in | $20,165.74 |
| 5417 | Heather | Montgomery | FLSA Opt-in | $26,016.12 |
| 931142 | Israel | Morales | FLSA Opt-in | $377.15 |
| 990847 | Michael | Mullen | FLSA Opt-in | $8,306.88 |
| 196672 | Dianne | Nance | FLSA Opt-in | $3,196.68 |
| 996889 | John | Noh | FLSA Opt-in | $13,876.93 |
| 997744 | Daniel | Nolan | FLSA Opt-in | $49,017.15 |
| 86609 | Monica | Notestine | FLSA Opt-in | $559.56 |

| | | | | |
|---|---|---|---|---|
| 363610 | James | Osborn | FLSA Opt-in | $355.47 |
| 995794 | Maureen | O'Toole | FLSA Opt-in | $456.38 |
| 194554 | Gary | Owen | FLSA Opt-in | $15,346.92 |
| 991065 | Scot | Pataky | FLSA Opt-in | $6,325.36 |
| 208101 | Terrie | Pearman | FLSA Opt-in | $5,964.61 |
| 195901 | Thomas | Peterson | FLSA Opt-in | $897.26 |
| 985352 | Lance | Petway | FLSA Opt-in | $6,723.84 |
| 18147 | Amanda | Pietoso | FLSA Opt-in | $14,976.75 |
| 998250 | Jennifer | Pike | FLSA Opt-in | $188.46 |
| 931218 | Brian | Porath | FLSA Opt-in | $1,236.87 |
| 993491 | Kelly | Prestly | FLSA Opt-in | $2,471.12 |
| 7474 | Patricia | Putrino | FLSA Opt-in | $10,350.96 |
| 996167 | Mark | Reifsnyder | FLSA Opt-in | $806.82 |
| 2481 | Rajvalla | Robinson | FLSA Opt-in | $17,756.98 |
| 988623 | Regina | Rosemire | FLSA Opt-in | $7,025.98 |
| 993737 | Everett | Roy | FLSA Opt-in | $6,061.86 |
| 23769 | Annita | Rucker | FLSA Opt-in | $1,661.76 |
| 837011 | Mark | Russell | FLSA Opt-in | $3,856.96 |
| 996441 | Sherri | Sampson | FLSA Opt-in | $16,524.00 |
| 995933 | Marcelo | Saucedo | FLSA Opt-in | $983.28 |
| 197309 | John | Scheppele | FLSA Opt-in | $34,878.87 |
| 902998 | Joni | Schumann | FLSA Opt-in | $18,092.25 |
| 931997 | Tanya | Seabrooks | FLSA Opt-in | $394.56 |
| 991525 | Joanna | Sharp | FLSA Opt-in | $2,482.99 |
| 989091 | Kevin | Smith | FLSA Opt-in | $6,874.80 |
| 990508 | Michael | Smith | FLSA Opt-in | $2,991.43 |
| 997164 | Steven | Staniszewski | FLSA Opt-in | $7,388.30 |
| 16604 | Timothy | Strickler | FLSA Opt-in | $23,806.80 |
| 987166 | John | Sullivan | FLSA Opt-in | $10,528.44 |
| 740850 | Douglas | Swinehart | FLSA Opt-in | $7,616.34 |
| 197317 | Joseph | Szombati | FLSA Opt-in | $23,277.76 |
| 996283 | Nicholas | Tsikretsis | FLSA Opt-in | $5,136.72 |
| 995605 | Patrick | Tyler | FLSA Opt-in | $5,632.48 |
| 931441 | Scott | Tyler | FLSA Opt-in | $5,632.48 |
| 992218 | Brian | Volz | FLSA Opt-in | $15,656.86 |

| 77227 | Julie | Vore | FLSA Opt-in | $68,833.80 |
|---|---|---|---|---|
| 15392 | Glenda | Warren | FLSA Opt-in | $20,517.30 |
| 997785 | Fred | Weber | FLSA Opt-in | $89,449.92 |
| 990803 | Beverly | Wheat | FLSA Opt-in | $16,493.40 |
| 998938 | Michael | Wheeler | FLSA Opt-in | $490.38 |
| 9564 | Michael | Whyte | FLSA Opt-in | $23,722.59 |
| 26044 | Dale | Winters | FLSA Opt-in | $12,895.52 |
| 904506 | DONNA | AMOS | Ohio R. 23 Class Member | $39,393.76 |
| 22586 | DAVID | ANDERSON | Ohio R. 23 Class Member | $8,984.50 |
| 804068 | TAMMY | ASHBY | Ohio R. 23 Class Member | $4,803.18 |
| 25091 | JEFFREY | AURAND | Ohio R. 23 Class Member | $7,689.44 |
| 13104 | Daniel | Baechle | Ohio R. 23 Class Member | $13,375.43 |
| 998768 | KEVIN | BARKER | Ohio R. 23 Class Member | $7,287.48 |
| 931491 | LISA | BARRETT | Ohio R. 23 Class Member | $1,852.12 |
| 11783 | THOMAS | BEGAM | Ohio R. 23 Class Member | $5,737.84 |
| 61831 | RICHARD | BERTMAN | Ohio R. 23 Class Member | $1,101.25 |
| 103288 | ALICIA | BESHARA | Ohio R. 23 Class Member | $8,167.14 |
| 25396 | LISA | BONNER | Ohio R. 23 Class Member | $13,370.16 |
| 10070 | MICHELE | BONO | Ohio R. 23 Class Member | $15,082.20 |
| 5267 | STEPHEN | BOSTATER | Ohio R. 23 Class Member | $30,754.02 |
| 4668 | BRIAN | BOWER | Ohio R. 23 Class Member | $58,135.50 |
| 323459 | CINDY | BURNS | Ohio R. 23 Class Member | $19,014.84 |
| 67901 | DAVID | CAINS | Ohio R. 23 Class Member | $19,046.80 |
| 996622 | MARY BETH | CALENDINE | Ohio R. 23 Class Member | $8,056.30 |
| 5043 | CYNTHIA | CARR | Ohio R. 23 Class Member | $47,705.40 |
| 8619 | IRMA | CARR | Ohio R. 23 Class Member | $1,318.18 |
| 2735 | RODNEY | CARRUTHERS | Ohio R. 23 Class Member | $19,200.48 |
| 997495 | ANTHONY | CARSON | Ohio R. 23 Class Member | $15,667.08 |
| 997905 | PAUL | CARSON | Ohio R. 23 Class Member | $13,482.77 |
| 991825 | WILLIAM | CHANNELL | Ohio R. 23 Class Member | $5,587.56 |
| 990984 | LIBBY | CHAPIN | Ohio R. 23 Class Member | $28,141.80 |
| 360911 | MICHAEL | COLE | Ohio R. 23 Class Member | $8,608.80 |
| 990113 | MICHAEL | COSGROVE | Ohio R. 23 Class Member | $29,258.50 |
| 48397 | QUENTIN | COX | Ohio R. 23 Class Member | $5,729.34 |
| 18986 | ORLANDO | CRIMMEL | Ohio R. 23 Class Member | $6,585.12 |

| | | | | |
|---|---|---|---|---|
| 989750 | CYNTHIA | CRISPEN | Ohio R. 23 Class Member | $2,647.24 |
| 10768 | TIMOTHY | CURRAN | Ohio R. 23 Class Member | $3,327.24 |
| 989382 | ROBERT | DAWSON | Ohio R. 23 Class Member | $6,254.64 |
| 12631 | JENNIFER | DENSON | Ohio R. 23 Class Member | $4,080.51 |
| 25026 | NATHAN | DEROLPH | Ohio R. 23 Class Member | $10,414.20 |
| 8051 | ROCCO | DESTEFANIS | Ohio R. 23 Class Member | $10,196.60 |
| 350 | RICHARD | DOMKA | Ohio R. 23 Class Member | $6,218.94 |
| 998779 | GINA | DOWNS | Ohio R. 23 Class Member | $15,887.52 |
| 2302 | JEFF | EDWARDS | Ohio R. 23 Class Member | $7,931.11 |
| 15398 | ERIC | EFOBI | Ohio R. 23 Class Member | $16,971.10 |
| 58499 | RITA | EHMANN | Ohio R. 23 Class Member | $4,369.68 |
| 360866 | EVAN | ESTEP | Ohio R. 23 Class Member | $21,569.60 |
| 995206 | MARTIN | FAY | Ohio R. 23 Class Member | $2,701.64 |
| 60687 | CHRISTOPHER | FINK | Ohio R. 23 Class Member | $26,016.80 |
| 932185 | STEVEN | FISHMAN | Ohio R. 23 Class Member | $130.28 |
| 4269 | THOMAS | FLORY | Ohio R. 23 Class Member | $3,291.27 |
| 99591 | KENNETH | GARBE | Ohio R. 23 Class Member | $7,010.80 |
| 987024 | IRENE | GARRETT | Ohio R. 23 Class Member | $29,979.84 |
| 997465 | GREGG | GIELAS | Ohio R. 23 Class Member | $16,083.21 |
| 996910 | MELANIE | GOULD | Ohio R. 23 Class Member | $8,793.62 |
| 833002 | SANDRA | GREENWALD | Ohio R. 23 Class Member | $13,242.15 |
| 995959 | MARY | GRIFFIN | Ohio R. 23 Class Member | $3,196.58 |
| 8012 | BRIAN | HAGEMAN | Ohio R. 23 Class Member | $2,780.52 |
| 996190 | TERRY | HALES | Ohio R. 23 Class Member | $4,716.48 |
| 998780 | JENNIFER | HALL | Ohio R. 23 Class Member | $6,096.00 |
| 990680 | KEVIN | HANNA | Ohio R. 23 Class Member | $2,518.72 |
| 930911 | SANDRA | HARRIS | Ohio R. 23 Class Member | $300.77 |
| 931706 | RAYMOND | HATFIELD | Ohio R. 23 Class Member | $2,497.56 |
| 997473 | BRANDON | HOBBS | Ohio R. 23 Class Member | $7,057.05 |
| 8404 | JEANETTE | HOCKMAN | Ohio R. 23 Class Member | $1,916.58 |
| 994894 | MICHAEL | HOEGLER | Ohio R. 23 Class Member | $8,132.80 |
| 247599 | ANN | HORNSTEIN | Ohio R. 23 Class Member | $6,697.32 |
| 15722 | ROSARIO | INDELICATO | Ohio R. 23 Class Member | $10,276.50 |
| 42040 | SUSAN | JESTER | Ohio R. 23 Class Member | $2,737.00 |
| 992990 | CARRIE | JOHNSON | Ohio R. 23 Class Member | $1,275.00 |

| | | | | |
|---|---|---|---|---|
| 932007 | RACHEL | JONES | Ohio R. 23 Class Member | $452.79 |
| 997897 | AMY | KARHOFF | Ohio R. 23 Class Member | $14,687.94 |
| 995244 | MATTHEW | KENNEDY | Ohio R. 23 Class Member | $9,005.92 |
| 931521 | TINA | KERN | Ohio R. 23 Class Member | $564.14 |
| 10447 | TRAVIS | KNIGHT | Ohio R. 23 Class Member | $65,076.00 |
| 996831 | MICHAEL | LANG | Ohio R. 23 Class Member | $1,416.78 |
| 289609 | DAWN | LOCIGNO | Ohio R. 23 Class Member | $4,141.20 |
| 997604 | SANDRA | LOCKWOOD | Ohio R. 23 Class Member | $4,149.60 |
| 995740 | CHAD | LOUGHRY | Ohio R. 23 Class Member | $7,142.04 |
| 990065 | STEPHEN | LOWE | Ohio R. 23 Class Member | $31,677.87 |
| 22795 | VINCENT | LYONS | Ohio R. 23 Class Member | $24,024.00 |
| 991421 | KEVIN | MAHAN | Ohio R. 23 Class Member | $4,524.72 |
| 985569 | JENNIFER | MARRATTA | Ohio R. 23 Class Member | $2,215.95 |
| 994492 | ROBERT | MARTIN | Ohio R. 23 Class Member | $29,628.96 |
| 14371 | STANLEY | MASON | Ohio R. 23 Class Member | $12,505.20 |
| 991826 | DANIEL | MATHEWS | Ohio R. 23 Class Member | $3,861.72 |
| 877320 | BERTHA | MATTHEWS | Ohio R. 23 Class Member | $11,555.10 |
| 985011 | Christine | Melcher | Ohio R. 23 Class Member | $6,076.14 |
| 8850 | KIM | MILLER | Ohio R. 23 Class Member | $6,416.80 |
| 996493 | CRAIG | MINCEY | Ohio R. 23 Class Member | $1,961.46 |
| 23858 | APRIL | MUNROE | Ohio R. 23 Class Member | $8,980.08 |
| 990465 | MARK | MYERS | Ohio R. 23 Class Member | $18,150.73 |
| 993139 | THOMAS | MYRICK | Ohio R. 23 Class Member | $25,779.48 |
| 993475 | DANIELLE | NEWMAN | Ohio R. 23 Class Member | $21,347.92 |
| 832552 | ROGER | NUNLIST | Ohio R. 23 Class Member | $35,419.16 |
| 82014 | WILLIAM | NUTT | Ohio R. 23 Class Member | $69,921.00 |
| 20561 | TERRI | OLSSON | Ohio R. 23 Class Member | $33,241.12 |
| 25379 | LAURIE | PATTERSON | Ohio R. 23 Class Member | $4,621.32 |
| 996835 | BRITTANY | PHILLIPS | Ohio R. 23 Class Member | $3,998.40 |
| 993531 | DONALD | POLING | Ohio R. 23 Class Member | $6,718.40 |
| 101995 | SCOTT | POLING | Ohio R. 23 Class Member | $80,192.40 |
| 931135 | JASON | PREHODICK | Ohio R. 23 Class Member | $1,176.74 |
| 357667 | DINO | RE | Ohio R. 23 Class Member | $42,115.29 |
| 7589 | ZACH | REFFITT | Ohio R. 23 Class Member | $13,940.14 |
| 837919 | SUSI | ROARK | Ohio R. 23 Class Member | $22,603.54 |

| | | | | |
|---|---|---|---|---|
| 14372 | POLLY | ROBINSON | Ohio R. 23 Class Member | $11,502.20 |
| 869531 | ANDREW | ROLL | Ohio R. 23 Class Member | $3,138.88 |
| 27297 | SAUNDRA | RUEN | Ohio R. 23 Class Member | $5,306.96 |
| 395065 | DOMINIC | SANZO | Ohio R. 23 Class Member | $16,143.20 |
| 12807 | JENNIE | SCOBY | Ohio R. 23 Class Member | $7,296.06 |
| 284981 | RONDA | SEGELKE | Ohio R. 23 Class Member | $42,681.90 |
| 14390 | MAXINE | SHANNON | Ohio R. 23 Class Member | $11,407.00 |
| 984999 | JUSTUS | SHARP | Ohio R. 23 Class Member | $1,206.90 |
| 998025 | TODD | SINDERGARD | Ohio R. 23 Class Member | $16,367.96 |
| 856538 | DIANE | SLATER | Ohio R. 23 Class Member | $8,167.50 |
| 806987 | JENNIFER | SORETTE | Ohio R. 23 Class Member | $147,484.11 |
| 102728 | JASON | STENGER | Ohio R. 23 Class Member | $34,495.04 |
| 834398 | BYRON | STRICKLAND | Ohio R. 23 Class Member | $11,127.08 |
| 395479 | MICHELLE | STROPES | Ohio R. 23 Class Member | $22,720.50 |
| 327564 | JOSEPH | SZYMANOWSKI | Ohio R. 23 Class Member | $111,416.64 |
| 20348 | AMY | UPTON | Ohio R. 23 Class Member | $1,989.68 |
| 918753 | CHRIS | URTI | Ohio R. 23 Class Member | $34,192.78 |
| 990987 | LAWRENCE | UTT | Ohio R. 23 Class Member | $1,584.06 |
| 997488 | BRIAN | VORDEM ESCHE | Ohio R. 23 Class Member | $19,376.28 |
| 73867 | GARY | WEBER | Ohio R. 23 Class Member | $89,449.92 |
| 26771 | MATTHEW | WEST | Ohio R. 23 Class Member | $12,573.20 |
| 930985 | DONALD | WHITE | Ohio R. 23 Class Member | $2,925.05 |
| 25918 | Michelle | Witt | Ohio R. 23 Class Member | $22,867.86 |
| 992210 | MARTY | WYZLIC | Ohio R. 23 Class Member | $1,751.00 |